# United States Bankruptcy Court
## District of Massachusetts - Eastern Division

In re __ABC Disposal Service, Inc.__ _____    Case No. _____

Debtor(s)      Chapter __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President/CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __May 11, 2016__ _____     /s/ Michael A. Camara _____

**Michael A. Camara**/**Vice President/CEO**
Signer/Title

ABC Document Service, Inc.

Office of the Attorney General
Commonwealth of Massachusetts
Consumer Protection Division
One Ashburton Place
Boston, MA 02108


Commonwealth of Massachusetts
Division of Employment & Training
Attention: Chief Counsel
Hurley Building - Government Center
Boston, MA 02114


Carmen M. Ortiz, U.S. Attorney
U.S. Court House, Suite 9200
One Court House Way
Boston, MA 02210


Securities and Exchange Commission
Boston District Office
33 Arch Street
23rd Floor
Boston, MA 02110


Securities & Exchange Commission
450 Fifth Street, NW
Washington, DC 20549


Internal Revenue Service
James Spinale, MS 20800
JFK Federal Building
PO Box 9112
Boston, MA 02203


Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
100 Cambridge Street, 7th Floor
Boston, MA 02114-9564

John F. Fitzgerald III
Office of The United States Trustee
5 Post Office Square
Suite 1000
Boston, MA 02109-3934


A-1 Tyre
P.O. Box 8163
Cranston, RI 02920


A/J Equipment Repair, Inc.
490 Centre Avenue
Abington, MA 02351


Advance Air & Heat Company, Inc.


All Green Roof Clean, LLC
P.O. Box 634
Fairhaven, MA 02719


Allan Smith CPA
Rt.18 76 Lakeside
Suite 100
Lakeville, MA 02347


Alliance Wireless Technologies, Inc.
9940 W Sam Houston Pkwy
Suite 330
Houston, TX 77099


Alves Chiropractic Center
2834 Acushnet Avenue
New Bedford, MA 02745


American Recycled Materials, Inc.
34 Prospect Street
Holliston, MA 01746


ANR Cleaning Service
P.O. Box 75
Norton, MA 02766

Atlantic Recycling Equipment, LLC
P.O. Box 609
Rollinsford Road, NH 03869


AVSG LP
C3 Shipway Place
Boston, MA 02129-4301


Bailey's Diesel Repair
659 Oak Street
East Bridgewater, MA 02333


Ballard Truck Center, Inc.
442 Southwest Cutoff
Worcester, MA 01604-2717


Barley Family Healthcare & Rehabilitatio
270 Huttleston Avenue
Fairhaven, MA 02719


Beam Truck & Body, Inc.
433 Cumberland Hill Road
Woonsocket, RO 02895


Beth Israel Deaconess Hospital-Plymouth
P.O. Box 981007
Boston, MA 02298-1007


Big Wheel Truck Sales, Inc.
42 QuanaP.O.ag Road
East Freetown, MA 02717


Bob's Building Co.
936 Tradewind Street
New Bedford, MA 02740


Bourassa Hardware, Inc.
1837 Acushnet Avenue
New Bedford, MA 02746


Bristol Community College
777 Elsbree Street
Fall River, MA 02720

Brookline Machine Co. Inc.
333 Waterman Avenue
East Providence, RI 02914-2699

Bruno's Rolloff, Inc.
P.O. Box 5028
Vineyard Haven, MA 02568

Buddy's Auto&Truck (MV) Repair Inc
P.O. Box 1725
Oak Bluffs, MA 02557

Camerota Truck Parts
P.O. Box 1134
Enfield, CT 06083-1134

Casella Recycling
P.O. Box 1364
Williston, VT 05495

Casella Waste Systems, Inc - HS
P.O. Box 1372
Williston, VT 05495-1372

Cavossa Disposal Corporation
210 Nathan Ellis Highway
East Falmouth, MA 02536

Central Systems Co. Inc.
865 Bedford Street
Bridgewater, MA 02324

Century Foodservice, Inc.
107 South Main Street
Acushnet, MA 02743

CGS Equipment Co.
32 High Street
Bellingham, MA 02019

Chappaquiddick Ferry, Inc.
P.O. Box 1917
Edgartown, MA 02539

Charles George Companies, Inc.(ASAP)
P.O. Box 857
Londonderry, NH 03053


Clean Energy
P.O. Box 678208
Dallas, TX 75267-8208


Clean Rentals, Inc.
P.O. Box 63070
New Bedford, MA 02746


Clear Sound Communications
916 Maplewood Street
New  Bedford, MA 02745-3311


CliftonLarsonAllen LLP
700 Pleasant Street
3rd Floor
New Bedford, MA 02740-6254


Coaching Systems, LLC
170 Mountain Road
Ringoes, NJ 08551-1401


Comcast Business
P.O. Box 1577
Newark, NJ 07101-1577


Compactor & Baler Services
P.O. Box 3294
Attleboro, MA 02703


Complete Car Care
475 Church Street
New Bedford, MA 02745


Continental Tire The Americas, LLC
P.O. Box 60049
Charlotte, NC 28260-0049


Copier Resource, Inc.
68 South Main Street
P.O. Box 805
Assonet, MA 02702

Covanta Energy--BR
P.O. Box 28893
New York, NY 02050


Covanta Energy--HOLLI
P.O. Box 28893
New York, NY 10087-8893


Cramaro Tarpaulin Systems, Inc.
52 Southwest Cutoff
Northborough, MA 01532


Crystal Rock LLC
P.O. Box 10028
Waterbury, CT 06725-0028


Cummins Northeast LLC
P.O. Box 845326
Boston, MA 02284


CWM Retirement Plan Services, LLC
11 Foster Steet
Suite 200
Worcester, MA 01608


CWPM,LLC
P.O. Box 415
Plainville, CT 06320


Cyclone Cleaning Services
1172 Old Plainville Road
New Bedford, MA 02745


Cynoco
1771 Washington Street
P.O. Box 0119
Stoughton, MA 02072-0119


Dennison Lubricants, Inc.
111 Rhode Island Road
Lakeville, MA 02347


Dex Media 100400129937/660021492
P.O. Box 619009
DFW Airport, TX 75261-9009

E O M S Recycling, Inc.
P.O. Box 3608
Brockton, MA 02304-3608


E.L. Harvey & Sons, Inc.
68 Hopkinton Road Route 135
Westboro, MA 01581


East Coast Containers
211 Brookside Road
Waterbury, CT 06708


East Coast Electronics Recycling
P.O. Box 398
Lakewood, NJ 08701


Eastern Insurance Group
233 West Central Street
Attn: Bonnie McCarthy
Natick, MA 01760


Electronic Security Systems, LLC
P.O. Box 1122
Edgartown, MA 02539


EMC Insurance Companies
P.O. Box 712
Des Moines, IA 50306-0712


F & B Rubberized, Inc.
P.O. Box 4088
New Bedford, MA 02740


F.W. Webb Company
160 Middlesex Turnpike
Bedford, MA 01730


Fall River Area Chamber of Comm&Industry
200 P.O.casset Street
Fall River, MA 02721


Fall River Transfer Station
P.O. Box 842003
Dallas, TX 75284-2003

Fastenal Company
P.O. Box 1286
Winona, MN 55987-1286

Finishmaster
196 Bedford Street
Fall River, MA 02720

First Ford, Inc.
292 WM. S. Canning Blvd
Fall River, MA 02721

Flaming River Industries, Inc
800 P.O.ertner Drive
Dr Berea, OH 44017

FleetPride
P.O. Box 281811
Atlanta, GA 30384-1811

Flynn Pest Control, Inc.
32 Anawan Street
Rehoboth, MA 02769

G. Lopes Construction, Inc.
490 Winthrop Street
Taunton, MA 02780

General Supply & Metals, Inc.
47 Nauset Street
New Bedford, MA 02746

Glaser Glass Corp.
1265 Purchase Street
New Bedford, MA 02740-6636

Goyette's Inc.
1260 Shawmut Avenue
New Bedford, MA 02746

Greater New Bedford PT
2834 Acushnet Avenue
New Bedford, MA 02745

Griggs & Browne
203 Main Steet
BuzzaRoads Bay, MA 02532-3255


Gushue Law
868 Ashley BoulevaRoad
New Bedford, MA 02745


H.N. Hinckley & Sons, Inc.--MV
61 Beach Road
P.O. Box 578
Vineyard Haven, MA 02569


Hale Trailer Brake & Wheel, Inc.
P.O. Box 1400
Voorhees, NJ 08043


Harbor Hydraulics & Machine, Inc.
P.O. Box 307
Fairhaven, MA 02719


Heather Vieira
24 Running Deer Road
North Dartmouth, MA 02747


hibu Inc. (Yellowbook Inc.)
P.O. Box 11815
Newark, NJ 07101-8115


HireRight, LLC
P.O. Box 847891
Dallas, TX 75284-7891


Hiway Recovery, Inc.
P.O. Box 704
Upton, MA 01568


Holtz Industries, Inc.
200 S Terrace Court
Newark, OH 43055


HR Direct
P.O. Box 451179
Sunrise, FL 33345

Huntington National Bank
P.O. Box 182519
Columbus, OH 43218-2519


Industrial Communications&Electronics In
P.O. Box 845777
Boston, MA 02284-5777


Ingersoll Rand Company
15768 Collections Center Drive
Chicago, IL 60693


International Parallel Machines, Inc.
50 Conduit Street
New Bedford, MA 02740


Iron Mountain
P.O. Box 27128
New York, NY 10087-7128


Island Rubbish Service, Inc.
8 Swinburne Street
Jamestown, RI 02835


Island Source MV
10 North Line Road
Edgartown, MA 02539


J M Equipment Company, Inc.
65 Chace Road
P.O. Box 702
East Freetown, MA 02717-0702


J.J. Keller & Associates, Inc.
P.O. Box 6609
Carol Stream, IL 60197-6609


J.R.M. Hauling & Recycling
265 Newbury Street
Peabody, MA 01960-1315


Jack Young Company
354 Cambridge Street
Allston, MA 02134

Jackson Lewis LLP
One North Broadway
White Plains, NY 10601


James J. Long, Inc.
519 American Legion Highway
Westport, MA 02790


John Keene Excavation, Inc.
P.O. Box 563
West Tisbury, MA 02575


JWL Transport, LLC
12 Washington Avenue
P.O. Box 995
Oak Bluffs, MA 02557


King Fisher Corp.
54 Precinct Street
Lakeville, MA 02347


L.H. Boulanger & Son
54 Belleville Road
New Bedford, MA 02745


Labor Ready Northeast, Inc.
P.O. Box 820145
Philadelphia, PA 19182-0145


LaCava Brothers, Inc.
1262 Bedford Street
Fall River, MA 02723


LCA Bank Corporation
3150 Livernois Road
Suite 300
Troy, MI 48083


Lech Garage & Auto Body Shop, Inc.
103 North Front Street
New Bedford, MA 02740


Lewicki & Sons Excavating
15 Wilmarth Lane
Plainville, MA 02762

LGC&D LLP
10 Weybosset Street
Suite 700
Providence, RI 02903

Liberty Auto Parts II, Inc.
2 Main Street
Acushnet, MA 02743

Lickity Split Logs
P.O. Box 507
Chilmark, MA 02535

Link Environmental
P.O. Box 17100
Smithfield, RI 02917

Little Wolf Inc.
P.O. Box 217
Westport, MA 02790

Liturgical Publications, Inc.
5 Progress Drive
Cromwell, CT 06416-1096

LombaRoad's Waste Service, Inc.
P.O. Box 957
Plymouth, MA 02362

Long Plain Service
1142 Main Street
Acushnet, MA 02743

M.A.G. Irrigation, Inc.
123 County Road
East Freetown, MA 02717-1611

MAACO Collision Repair & Auto Painting
49 P.O.tomska Street
New Bedford, MA 02740

Maguire Equipment, Inc.
P.O. Box 13
Hyde Park, MA 02137

MAILFINANCE
25881 Network Place
Chicago, IL 60673-1258


Mainline Paint Mfg. Co.
768 Main Street
Pawtucket, RI 02860


Martha's Vineyard Chamber of Commerce
P.O. Box 1698
Vineyard Haven, MA 02568


Martha's Vineyard Home Technologies, Inc
654 State Road
Vineyard Haven, MA 02568


Martha's Vineyard Times
P.O. Box 518
Vineyard Haven, MA 02568-0518


Massachusetts Waste System, Inc
300 Centre Street
Holbrook, MA 02343


Materials Management Group
17 Spruce Street
Framingham, MA 60197-6609


McDevitt Trucks, Inc.
P.O. Box 4640
Manchester, NH 03108


Mega Truck & Trailer Repair
P.O. Box 70
Seekonk, MA 02771


Mid City Steel
546 State Road
P.O. Box 820
Westport, MA 02790-0157


Mid-City Auto Parts
212 Emerson Street
New Bedford, MA 02740

MKM Fire Technologies Inc
2 Taber Street
Fairhaven, MA 02719

Monaghan Printing Company
59 Alden Road
Fairhaven, MA 02719

MTG Disposal
P.O. Box 70
Seekonk, MA 02771

MV Autoworks
P.O. Box 4682
Vineyard Haven, MA 02568

Myers Tire Supply
24377 Network Place
Chicago, IL 60673

N.B. Area Chamber of Commerce
794 Purchase Street
P.O. Box 8827
New Bedford, MA 02742-8827

Nauset Disposal Inc
P .O. Box 826
Orleans, MA 02653

Neopost Northeast / New England
30 Batterson Park Road
Suite 100
Farmington, CT 06032

New Bedford Welding Supply, Inc.
P.O. Box 951
New Bedford, MA 02741-0951

New Bedford Wire & Iron Work, Inc.
21 Beetle Street
New Bedford, MA 02746

North Eastern Trawl, LLC
404 Nash Road
Building F
New Bedford, MA 02746


Nutrient Networks
24 Stenton Avenue
Apartment 102
Providence, RI 02906


Olivier & Sons, Inc.
479 Mount Pleasant Street
New Bedford, MA 02746


On-Site Truck Inspections Inc.
P.O. Box 1833
Attleboro, MA 02703


P.A. Landers, Inc.
P.O. Box 217
Hanover, MA 02339


Partridge Snow & Hahn. LLP
40 West Minster Street
Suite #1100
Providence, RI 02903


Patriot Disposal Company
2208 Plainfield Pike
Johnston, RI 02919


Pete's Tire Barn Inc
275 East Main Street
Orange, MA 01364


Points North
371 Canal Park Drive
Suite 210
Duluth, MN 55802


Quality Fastener Products
276 Boston Turnpike
Shrewsbury, MA 01545

Quality Oil #215910
P.O. Box 50009
New Bedford, MA 02745


Quality Oil #318686
P.O. Box 50009
New Bedford, MA 02745


R & B Supply Co., Inc.
P.O. Box 10367
Van Nuys, CA 91410-0367


R J Souto DisP.O.sal Inc (Trash Removal)
P.O. Box 5
Seekonk, MA 02771


R.M. Packer Co., Inc.
P.O. Box 308
Tisbury, MA 02568


Radiology Assoc of Greater N.B.,Inc.
2527 Cranberry Highway
Wareham, MA 02571-1046


Rapid Rooter, Inc.
P.O. Box 51361
New Bedford, MA 02745


Ray's of New Bedford
1001 Ashley BoulevaRoad
New Bedford, MA 02745


ReEnergy Recycling Operations LLC
30 Century Hill Drive
Suite 101
Latham, NY 12110


Rehrig Pacific Company
P.O. Box 514457
Los Angeles, CA 90051-4457


RI Resource Recovery
P.O. Box 847475
Boston, MA 02284-7475

Roland's Tire Service, Inc.
11 Howland Road
Fairhaven, MA 02719


S A V Transportation
2403 Cranberry Highway
Wareham, MA 02571


Sanitary Equipment Co., Inc.
25 Industry Drive
P.O. Box 26006
West Haven, CT 06516


Shawmut Associates


Shuster Corporation
55 Samuel Barnet Blvd.
New Bedford, MA 02745


SITEC Enviromental, Inc.
769 Plain Street
Unit C
Marshfield, MA 02050


Snap-on Tools/Bono
95 Charles Street
Attn: Steven Bon
Whitman, MA 02382


Snap-On Tools/Gambuto
125 Newell Avenue
Attn: Michael Gambuto
Pawtucket, RI 02860


Southcoast Hospitals Group
P.O. Box 11357
Boston, MA 02211-1357


Southeastern Fire Equipment, Inc.
558 Mount Pleasant Street
New Bedford, MA 02790

Sowle the Florist, Inc.
249 Ashley BoulevaRoad
New Bedford, MA 02746


Steritech, Inc
P.O. Box 472127
Charlotte, NC 28247-2127


Steve's Truck Tire
P.O. Box 774
Fairhaven, MA 02719


Steward Medical Group, Inc.
P.O. Box 9657
Belfast, ME 04915-9657


StoneRiver Pharmacy Solutions
P.O. Box 504591
St Louis, MO 63150-4591


Taunton Area Chamber of Commerce
6 Pleasant Street
Suite A
Taunton, MA 02780


Teamwork Physical Therapy
65 Long P.O.nd Road
Plymouth, MA 02360-2670


The Gallery Collection
P.O. Box 360
Ridgefield Park, NJ 07660-0360


The Hauler Magazine
P.O. Box 508
New Hope, PA 18938


The Insurance Advisory, LLC
P.O. Box 920047
Needham, MA 02492


The Paint Project, Inc.
71 West Street
Medfield, MA 02052

The Standard Fire Insurance Company


The United Regional Chamber of Commerce
42 Union Street
Attleboro, MA 02703


Tifereth Israel Congregation
145 Brownell Avenue
New Bedford, MA 02740


Tisbury Shell
P.O. Box 758
Vineyard Haven, MA 02568


Town of Bourne
24 Perry Avenue
Buzzards Bay, MA 02532


Town of Carver
108 Main Street
Carver, MA 02330


Town of Fairhaven
40 Center Street
Fairhaven, MA 02719


Town of Wareham
54 Marion Road
Wareham, MA 02571


Trahan's Trees & Shrubs Inc.
One Pine Circle
East Freetown, MA 02717-1628


Tripps Dairy Farm
513 HixBridge Road.
Westport, MA 02790


Troupe Waste Services Inc
1477 Bedford Street
Abington, MA 02351

Truck Claws/S&C Global Products
10363 Piper Lane
Manassas, VA 20110-2053


UMDF
285 Old WestP.O.rt Road
North Dartmouth, MA 02747


USA Mobile Drug Testing of Grtr Brockton
20 Roche Bros Way
Suite 6-221
North Easton, MA 02356-1030


Vineyard N.A.P.A
P.O. Box 4141
Vineyard Haven, MA 02568


Vineyard Propane & Oil
P.O. Box 371473
Pittsburgh, PA 15250-7473


W.B. Mason Company, Inc.
P.O. Box 981101
Boston, MA 02298-1101


Walgreens
P.O. Box 90484
Chicago, IL 60696-0484


Wam Software, Inc.
280 California Avenue
Reno, NV 89509


Warehouse Distributors of New England
66 Leavitt Street
Seekonk, MA 02771


Waste Management of New England
P.O. Box 13648
Philadelphia, PA 19101-3648


Waste Management of Rhode Island
P.O. Box 13648
Philadelphia, PA 19101-3648

Waste Management-Wheelabrator
P.O. Box 13648
Philadelphia, PA 19101-3648

Watts Family Farms, Inc.
23 Falmouth Sandwich Road
Forestdale, MA 02644

WeCare Environmental, LLC
P.O. Box 957
Weedsport, NY 13166

Western Oil Inc.
P.O. Box 518
Lincoln, RI 02865-0518

Westport&Beyond/The Erika Hall Mem Fund
P.O. Box N164
Westport, MA 02790

Whaling City Software
7 Woodbury Lane
Attn: Jeffrey A. Katz
Dartmouth, MA 02747

Wheelabrator Technologies
P.O. Box 842226
Boston, MA 02284-2226

William R. Dunlap, Inc.
96 P.O.nd Street
Seekonk, MA 02771

Woodwards Heavy Duty Truck Par
148 North Montello Street
Brockton, MA 02301

Wynn & Wynn, P.C.
90 New State Highway
Raynham, MA 02767

Zep Sales & Service
P.O. Box 3338 Boston
Boston, MA 02241-3338