Fill in this information to identify the case:

Debtor name: ABC Disposal Service, Inc. *

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| See attached. | | | | | | |

\*Attached is a consolidated list of creditors who have the 30 largest unsecured claims against the following Debtors and are not insiders:

- ABC Disposal Service, Inc.
- New Bedford Waste Services, LLC
- Solid Waste Services, Inc.
- Shawmut Associates, LLC
- A&L Entrprises, LLC
- Zero Waste Solutions, LLC

| Debtor | Consolidated Top 30 Name | Address1 | Address 2 | City | State | Zip | Phone | Balance Owed | Email | Fax |
|---|---|---|---|---|---|---|---|---|---|---|
| Shawmut Associates, LLC | Page Building Construction Co. | 135 Old Page Street | Unit #4 | Stoughton | MA | 02072 | 781-341-0004 | 1,777,969.13 | TonyD@pagebuildingconstruction.com | |
| ABC Disposal Service, Inc. | Ballard Truck Center, Inc. | 442 Southwest Cutoff | | Worcester | MA | 01604-2717 | 508-753-1403 | 298,093.62 | | 508-752-0518 |
| New Bedford Waste Services, LLC | BJ's Service Company, Inc. | 222 Herman Melville Boulevard | | New Bedford | MA | 02740 | 508-999-2610 | 262,255.48 | dbetancourt@bjstempservice.com | 508-999-2629 |
| New Bedford Waste Services, LLC | Becca Corp., Inc. | 701 Chestnut Street | | Ashland | PA | 17921 | 570-875-4814 | 255,403.20 | beccacorp.carl@gmail.com | 570-875-2839 |
| New Bedford Waste Services, LLC & ABC Disposal Service, Inc. | Waste Management of Massachusetts | PO Box 13648 | | Philadelphia | PA | 19101-3648 | 800-262-5633 | 235,333.60 | fconfalone@WM.com | 866-840-3254 |
| New Bedford Waste Services, LLC | Casella Waste Systems, Inc. | PO Box 1372 | | Williston | VT | 05495-1372 | 508-248-0010 | 203,696.17 | John.Farese@casella.com | |
| ABC Disposal Service, Inc. | Clean Energy | P.O. Box 678208 | | Dallas | TX | 75267-8208 | 949-437-1000 | 191,586.91 | Drew.Drummond@cleanenergyfuels.com | 949-724-1573 |
| ABC Disposal Service, Inc. | Rehrig Pacific Company | P.O. Box 514457 | | Los Angeles | CA | 90051-4457 | 814-455-8023 | 175,126.65 | Zmartin@Rehrig.com | |
| New Bedford Waste Services, LLC | Greater NB Reg. Refuse Management Dist. | 300 Samuel Barnet Blvd. | | New Bedford | MA | 02745 | 508-763-5924 | 149,997.48 | scott.alfonse@gnbrmdistrict.org | 508-763-8624 |
| New Bedford Waste Services, LLC & ABC Disposal Service, Inc. | Wheelabrator Technologies Inc. | PO Box 842226 | | Boston | MA | 02284-2226 | 800-437-8191 | 139,634.19 | kverhel1@wtienergy.com | |
| ABC Disposal Service, Inc. | Town of Fairhaven | 40 Center Street | | Fairhaven | MA | 02719 | | 112,849.50 | pfowle@fairhaven-ma.gov | |
| New Bedford Waste Services, LLC | Ingerson Transportation | 38 Alderbrook Road | | Jefferson | NH | 03583 | 603-586-4335 | 101,257.44 | kricket.ingerson@gmail.com | 603-586-7997 |
| New Bedford Waste Services, LLC | Goulet Trucking, Inc. | P.O. Box 259 | NE3667 | South Deerfield | MA | 01373-0259 | 413-665-1323 | 90,000.00 | | 413-665-1327 |
| ABC Disposal Service, Inc. | Bruno's Rolloff, Inc. | P.O. Box 5028 | | Vineyard Haven | MA | 02568 | 508-693-5454 | 89,112.84 | bob@brunosmv.com | |
| New Bedford Waste Services, LLC | Southworth-Milton, Inc. | P.O. Box 3851 | Customer# 4991900 | Boston | MA | 02241-3851 | 508-482-5726 | 79,249.89 | | 401-943-7633 |
| New Bedford Waste Services, LLC | Casella Recycling | P.O. Box 1364 | | Williston | VT | 05495 | 617-242-7746 | 69,051.41 | Rachel.Maus@casella.com | |
| ABC Disposal Service, Inc. | Link Environmental | P.O. Box 17100 | | Smithfield | RI | 02917 | 401-632-4343 | 65,317.75 | rwyatt@linkenv.net | 401-632-4348 |
| ABC Disposal Service, Inc. | Continental Tire The Americas, LLC | P.O. Box 60049 | | Charlotte | NC | 28260-0049 | 704-583-4816 | 63,384.11 | Charles.Crosby@conti-na.com | |
| ABC Disposal Service, Inc. | J.R.M. Hauling & Recycling | 265 Newbury Street | | Peabody | MA | 01960-1315 | 978-536-2500 | 58,887.98 | JimmyMotz@jrmhauling.com | 978-536-2501 |
| ABC Disposal Service, Inc. | Casella Recycling | P.O. Box 1364 | | Williston | VT | 05495 | 617-242-7746 | 56,157.90 | Rachel.Maus@casella.com | |
| ABC Disposal Service, Inc. | Dennison Lubricants, Inc. | 111 Rhode Island Road | | Lakeville | MA | 02347 | 508-946-0500 | 49,483.55 | info@denlube.com | |

| Creditor | Company | Address | Address 2 | City | State | Zip | Phone | Amount | Email |
|---|---|---|---|---|---|---|---|---|---|
| New Bedford Waste Services, LLC | US Bank, National Association | US Bank Corporate Trust Boston SDS 12-2302 | P.O. Box 86 | Minneapolis | MN | 55486-2302 | 617-603-6598 | 49,166.66 | 617-603-655 |
| New Bedford Waste Services, LLC | MBI | 2627 East 139th St. | | Burnham | IL | 60633 | 708-868-0059 | 47,325.39 | 708-868-0039 |
| ABC Disposal Service, Inc. | R.M. Packer Co., Inc. | P.O. Box 308 | | Tisbury | MA | 02568 | 508-693-0900 | 44,005.56 | info@rmpacker.com |
| ABC Disposal Service, Inc. | Wynn & Wynn, P.C. | 90 New State Highway | | Raynham | MA | 02767 | 508-823-4567 | 43,220.91 | tpontes@wynnandwynn.com |
| New Bedford Waste Services, LLC | Champion City Recovery, LLC | 12500 W. County Road 18 | | Fostoria | OH | 44830 | 508-941-6700 | 40,883.14 | cmorgan@tunnelhillparteners.com | 508-941-6703 |
| ABC Disposal Service, Inc. | King Fisher Corp. | 54 Precinct Street | | Lakeville | MA | 02347 | 508-636-5771 | 35,972.41 | pld6000@yahoo.com |
| New Bedford Waste Services, LLC | Kruger Inc (Sherbrooke) | 220 Route Windsor | | Sherbrooke | Quebec Canada | J1C0E6 | 514-595-7447 | 33,423.45 | jboilard@br.kruger.com |
| ABC Disposal Service, Inc. | Fall River Transfer Station | P.O. Box 842003 | | Dallas | TX | 75284-2003 | 774-488-3550 | 33,213.21 | Gvanasse@republicservices.com |
| ABC Disposal Service, Inc. | Sanitary Equipment Co., Inc. | 25 Industry Drive | P.O. Box 26006 | West Haven | CT | 06516 | 203-933-9599 | 32,766.21 | account@sanitaryequipment.com |
| ABC Disposal Service, Inc. | Pete's Tire Barn Inc | 275 East Main Street | | Orange | MA | 01364 | 978-544-8811 | 32,247.40 | info@petestire.com |
| ABC Disposal Service, Inc. | Woodwards Heavy Duty Truck Par | 148 North Montello Street | | Brockton | MA | 02301 | 508-587-3609 | 32,153.22 | woodwardsoffice@gmail.com |
| ABC Disposal Service, Inc. | A/J Equipment Repair, Inc. | 490 Centre Avenue | | Abington | MA | 02351 | 781-871-3358 | 29,663.23 | ajequip@aol.com |
| New Bedford Waste Services, LLC | WM Recycle America | PO Box 73356 | | Chicago | IL | 60673-7356 | 866-897-8930 | 25,918.11 | lpuckett@wm.com | 713-394-2135 |