# United States Bankruptcy Court
### District of Massachusetts - Eastern Division

In re  **ABC Disposal Service, Inc.**                                           Case No.
                                       Debtor(s)                                Chapter  **11**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **ABC Disposal Service, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


| | |
|---|---|
| May 11, 2016 | /s/ Harold B. Murphy |
| Date | **Harold B. Murphy** |
| | Signature of Attorney or Litigant |
| | Counsel for  **ABC Disposal Service, Inc.** |
| | **Murphy & King, Professional Corporation** |
| | **One Beacon Street** |
| | **Boston, MA 02108** |
| | **(617) 423-0400 Fax:(617) 423-0498** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy