**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:**<br>**ABC DISPOSAL SERVICE, INC.,**<br>　　　　　Debtor | **Chapter 11**<br>**Case No: 16-** |
| **In re:**<br>**NEW BEDFORD WASTE SERVICES, LLC,**<br>　　　　　Debtor | **Chapter 11**<br>**Case No: 16-** |
| **In re:**<br>**SOLID WASTE SERVICES, INC.,**<br>　　　　　Debtor | **Chapter 11**<br>**Case No: 16-** |
| **In re:**<br>**SHAWMUT ASSOCIATES, LLC,**<br>　　　　　Debtor | **Chapter 11**<br>**Case No: 16-** |
| **In re:**<br>**A&L ENTERPRISES, LLC,**<br>　　　　　Debtor | **Chapter 11**<br>**Case No: 16-** |
| **In re:**<br>**ZERO WASTE SOLUTIONS, LLC,**<br>　　　　　Debtor | **Chapter 11**<br>**Case No: 16-** |

**MOTION BY DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF**
**<u>ORDER FOR JOINT ADMINISTRATION OF CASES</u>**

ABC Disposal Service, Inc. ("ABC"), New Bedford Waste Services, LLC ("New

Bedford Waste"), Solid Waste Services, Inc. ("Solid Waste Services"), Shawmut Associates,

LLC ("Shawmut Associates"), A&L Enterprises, LLC ("A&L Enterprises"), and ZERO Waste

Solutions, LLC ("ZERO Waste"), the debtors and debtors in possession in the above captioned

Chapter 11 cases (collectively, the "Debtors"), move this Court for the entry of an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure ("FRBP") and Rule 1015-1(a) of the Massachusetts Local Bankruptcy Rules ("MLBR") directing the joint administration of these Chapter 11 cases. The requested joint administration would be for procedural purposes only. The Debtors are affiliates as defined under 11 U.S.C. §101, *et seq*. (the "Bankruptcy Code"). Approval of this motion will dispense with otherwise unnecessary and potentially duplicative filings and will ease the administrative burden on the Court and all interested parties. The Debtors request that this Court designate the case captioned as *In re ABC Disposal Service, Inc.* as the lead case in these bankruptcy cases. In further support of this motion, the Debtors state as follows:

1. On May 11, 2016 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. The Debtors continue to operate as Debtors-in-Possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. ABC was organized in April 1981 and employs approximately 174 people. ABC provides full service waste hauling, disposal and recycling services, and sells, rents and services compaction and baling equipment to a variety of industrial, institutional, commercial, and construction related customers. ABC has long term contracts with six (6) municipalities including, but not limited to, New Bedford, Fairhaven, Mattapoisett, Plymouth, Rochester, and Seekonk, Massachusetts. ABC also provides disposal services directly to residents of other municipalities on an individual basis and not through a contract with the municipality. The majority of waste hauling services are typically performed on a scheduled weekly basis. Other rental, hauling, and disposal services are provided on an as-needed basis upon request by customers.

3. New Bedford Waste is a Massachusetts limited liability company organized in February 1999 with approximately 27 employees. New Bedford Waste owns and operates municipal solid waste and construction and demolition debris transfer stations in New Bedford, Sandwich, and Rochester, Massachusetts which transfer and process residential, commercial, industrial, and institutional and construction wastes under approved state and local government permits and licenses. It also provides paper recycling and construction and demolition debris recycling in a state-of-the-art facility in New Bedford. Approximately one-third (33%) of the waste processed at that facility is collected and delivered by ABC. The remainder is waste from unaffiliated third-party disposal companies.

4. Solid Waste Services, Inc. is a Massachusetts corporation formed in organized in 1999 to hold an ownership interest in New Bedford Waste.

5. Shawmut Associates and A&L Enterprises are Massachusetts limited liability companies which own and lease real estate to ABC and New Bedford Waste in connection with their operations. Shawmut Associates was organized in 2000 and owns four properties in New Bedford Massachusetts, one property in Sandwich, Massachusetts, and one property in Rochester, Massachusetts. A&L Enterprises was organized in 2001 and owns a property in New Bedford, Massachusetts.

6. ZERO Waste is a Massachusetts limited liability company formed in 2013 for the purposes of developing and operating an advanced mixed waste recycling facility located on Shawmut Associates' Rochester property to process and market recyclable material and then turn unrecyclable material into compact, clean burning, high yield fuel briquettes which have a variety of industrial uses. The facility is not completed and Zero Waste is not operating.

7.   The principals of the Debtors are Laurinda Camara and her children Susan M. Sebastiao, Kenneth J. Camara, Steven A. Camara, and Michael A. Camara (the "Principals"). Each of the Principals owns twenty percent (20%) of the stock in ABC. Each of Susan M. Sebastiao, Kenneth J. Camara, Steven A. Camara and Michael A. Camara own a twelve and one-half percent (12.5%) interest in New Bedford Waste and a twenty five percent (25%) interest in Shawmut Associates, A&L Enterprises, and Solid Waste Services. Solid Waste Services owns the remaining fifty percent (50%) of the membership interests in New Bedford Waste. New Bedford Waste owns eighty-percent (80%) of the membership interests in ZERO Waste. The remaining twenty percent (20%) of ZERO Waste is owned by WERC-2, Inc., which is a Massachusetts corporation in which New Bedford Waste also holds an equity interest.

### RELIEF REQUESTED

8.   The Debtors seek entry of an order directing joint administration of these chapter 11 cases for procedural purposes only. The Debtors request that a docket entry, substantially similar to the following, be entered on the docket of each of the Debtors to reflect the joint administration of these chapter 11 cases:

9.   Further, the Debtors request that the Court maintain one file and one docket for the jointly administered chapter 11 cases under the case of ABC Disposal Service, Inc. and that these chapter 11 cases be administered under a consolidated caption, as follows:

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | |
|---|---|
| **In re:**<br><br>**ABC DISPOSAL SERVICE, INC., et al.**<br><br>Debtors | **Chapter 11**<br>**Case No: 16-11787**<br><br>**Jointly Administered**[1] |

10. The Debtors seek authority to file monthly operating reports as required by the U.S. Trustee Operating Guidelines on a consolidated basis; provided, however, that disbursements will be listed on a debtor-by-debtor basis.

### BASIS FOR RELIEF REQUESTED

11. Federal Rule of Bankruptcy Procedure 1015(b) provides that if two or more petitions are pending in the same court by or against a debtor and an affiliate, "the court may order a joint administration of the estates."

12. Massachusetts Local Bankruptcy Rule 1015-1(a) provides that "the court shall grant the motion for joint administration if it is likely to ease the administrative burden on the parties and the court."

13. The Debtors are affiliates by reason of the Principals' majority ownership and control of each Debtor. The purpose of the Debtors' Chapter 11 proceedings is to effectuate a restructuring of their obligations and a recapitalization of their businesses or a refinancing of their current obligations.

14. Joint administration of the cases is appropriate.

---

[1] The other debtors in these jointly-administered cases are: New Bedford Waste Services, LLC, Solid Waste Services, Inc., Shawmut Associates, LLC, A&L Enterprises, LLC, and ZERO Waste Solutions, LLC.

15. The Debtors expect to file notices, applications, motions, and other pleadings and orders that are applicable to each of the Debtors. Joint administration will permit all parties in interest to include each of the Debtors' respective cases in a single caption on the documents that will be filed and served in these cases. Joint administration will also enable parties in interest in each case to remain apprised of the various matters before the Court and will enable the Debtors to utilize a single creditor service list, eliminating duplication.

16. Joint administration will permit the Clerk of the Court to utilize a single general docket for these cases and combine notices to creditors of each of the respective estates and other parties in interest.

17. The entry of an order of joint administration will reduce the number of pleadings that otherwise would be filed with the Clerk of this Court, render the completion of various administrative tasks less costly, and minimize the number of unnecessary delays.

18. The Debtors may have inter-company liabilities. The Debtors and their professionals have not yet had an opportunity to assemble information to complete schedules and statement of financial affairs.

19. The Debtors are not seeking substantive consolidation of the Chapter 11 cases through this motion. The rights of the creditors of each of the Debtors will not be adversely affected nor prejudiced by the entry of an order directing the joint administration of these cases.

20. To the extent that proofs of claim are required to be filed, each creditor will be entitled, and required, to file a claim against the particular estate that is indebted to such creditor (unless substantive consolidation is otherwise requested and granted).

21. For all of the foregoing reasons, the Debtors respectfully request that the Court enter an Order providing for the joint administration of the Debtors' cases.

**WHEREFORE**, the Debtors respectfully request the entry of an order: (a) authorizing the joint administration of these chapter 11 cases; (b) designating *In re ABC Disposal Service, Inc.* as the lead case, and (c) granting such other and further relief as the Court deems appropriate.

        Respectfully submitted,

        ABC DISPOSAL SERVICES, INC., NEW BEDFORD WASTE SERVICES, LLC, SOLID WASTE SERVICES, INC., SHAWMUT ASSOCIATES, LLC, A&E ENTERPRISES, LLC, and ZERO WASTE SOLUTIONS, LLC,

        By their proposed counsel,

        */s/ Michael K. O'Neil*
        Harold B. Murphy (BBO #362610)
        Christopher M. Condon (BBO #652430)
        Michael K. O'Neil (BBO #685025)
        Murphy & King Professional Corporation
        One Beacon Street, 21st Floor
        Boston, Massachusetts  02108-3107
        Telephone: (617) 423-0400
        Facsimile:  (617) 423-0498
        moneil@murphyking.com

Dated: May 11, 2016

707129