UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

05/11/2016 Allowed.

*Joan N. Feeney* (signature)

| | |
|---|---|
| **In re:**<br>**ABC DISPOSAL SERVICE, INC.,**<br>                    Debtor | **Chapter 11**<br>**Case No: 16-** |
| **In re:**<br>**NEW BEDFORD WASTE SERVICES, LLC,**<br>                    Debtor | **Chapter 11**<br>**Case No: 16-** |
| **In re:**<br>**SOLID WASTE SERVICES, INC.,**<br>                    Debtor | **Chapter 11**<br>**Case No: 16-** |
| **In re:**<br>**SHAWMUT ASSOCIATES, LLC,**<br>                    Debtor | **Chapter 11**<br>**Case No: 16-** |
| **In re:**<br>**A&L ENTERPRISES, LLC,**<br>                    Debtor | **Chapter 11**<br>**Case No: 16-** |
| **In re:**<br>**ZERO WASTE SOLUTIONS, LLC,**<br>                    Debtor | **Chapter 11**<br>**Case No: 16-** |

**MOTION BY DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF
<u>ORDER FOR JOINT ADMINISTRATION OF CASES</u>**

ABC Disposal Service, Inc. ("ABC"), New Bedford Waste Services, LLC ("New

Bedford Waste"), Solid Waste Services, Inc. ("Solid Waste Services"), Shawmut Associates,

LLC ("Shawmut Associates"), A&L Enterprises, LLC ("A&L Enterprises"), and ZERO Waste

Solutions, LLC ("ZERO Waste"), the debtors and debtors in possession in the above captioned