**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:   ABC DISPOSAL SERVICE, INC., *et al*.<br><br>                                                    Debtors | Chapter 11<br>Case No. 16-11787-JNF-JNF<br><br>Jointly-Administered[1] |

**APPOINTMENT OF AN OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS**

      Pursuant to 28 U.S.C. § 586(a)(3), 11 U.S.C. § 1102 and Fed. R. Bankr. P. 2007, the United States Trustee appoints the following holders of unsecured claims to the Official Committee of Unsecured Creditors in the above-referenced cases:

Clean Energy
c/o Nate Jensen, General Counsel
4675 MacArthur Ct., Suite 800
Newport Beach, CA 92660
Office: (949) 437.1180
Mobile: (562) 505.2968
Email: njensen@cleanenergyfuels.com

Casella Waste Systems, Inc.
c/o Kristopher Kuchinski, Credit Manager
25 Greens Hill Lane
Rutland, VT 05701
Office: (802) 772.6940
Mobile: (802) 558.4146
Fax: (802) 747.9948
Email: kristopher.kuchinski@casella.com

Ballard Mack Sales & Service, Inc.
c/o Alison M. MacLaren, Accounts Receivable Manager
442 Southwest Cutoff
Worcester, MA 01604
Office: (508) 753.1403
Fax: (508) 752.0518
Email: amaclaren@ballardtrucks.com

JRM Hauling and Recycling Services, Inc.
c/o Stephanie Hahn, Accounts Receivable Manager

---

[1] The other debtors in these jointly-administered cases are: New Bedford Waste Services, LLC, Solid Waste Services, Inc., Shawmut Associates, LLC, A&L Enterprises, LLC, and ZERO Waste Solutions, LLC.

265 Newbury Street  
Peabody, MA 01960  
Office: (978) 536.2500  
Fax: (978) 536.2501  
Email: Stephanieh@jrmhauling.com

Bruno's Rolloff, Inc.  
c/o Gregory B. Carroll, President  
11 East Line Road  
Edgartown, MA 02539  
Office: (508) 693.5454  
Mobile: (508) 509.8101  
Email: gregcarrollsmv@comcast.net

Champion City Recovery  
c/o Jeff Leech, General Manager  
138 Wilder Street  
Brockton, MA 02301  
Office: (508) 941.6700  
Mobile: (508) 326.0000  
Fax: (508) 941.6703  
Email: jleech@thplp.com

Goulet Trucking, Inc.  
c/o Jeff Goulet, Owner  
P.O. Box 259  
South Deerfield, MA 01373  
Office: (413) 665.1323  
Mobile: (413) 530.2758  
Fax: (413) 665.1323  
jeff.goulet@goulettrucking.com

                              Respectfully submitted,  
                              WILLIAM K. HARRINGTON  
                              United States Trustee  
                              By: /s/ Paula R.C. Bachtell  
                              Paula R. C. Bachtell BBO#564155  
                              John W. McCormack Post Office and Courthouse  
                              5 Post Office Square, Suite 1000  
                              Boston, MA 02109-3934  
                              (617) 788-0406  
                              (617) 565-6368  
Dated: May 26, 2016            Paula.bachtell@usdoj.gov

**CERTIFICATE OF SERVICE**

      I certify that on May 26, 2016, true and correct copies of the foregoing appointment were served by CM/ECF upon those individuals who have filed CM/ECF notices of appearance in the Court's CM/ECF database and by U.S. Mail, postage pre-paid or electronic mail upon those persons listed above and below.

                                              WILLIAM K. HARRINGTON
                                              United States Trustee

                        By:    /s/ Paula R. C. Bachtell
                                Paula R. C. Bachtell BBO# 564155
                                United States Department of Justice
                                John W. McCormack Post Office and Courthouse
                                5 Post office Square, 10th Floor, Suite 1000
                                Boston, MA  02109-3934
                                Boston, MA 02222
                                PHONE:        (617) 788-0406
                                FACSIMILE:  (617) 565-6368
                                Paula.bachtell@usdoj.gov

<u>By Mail</u>

R.M. Packer Co., Inc.
c/o  Ralph M. Packer, Jr., Treasurer
P.O. Box 308
Vineyard Haven, MA 02568

Town of Fairhaven
c/o Mark Rees, Town Administrator
Town Hall, Center Street
Fairhaven, MA 02719

Greater New Bedford Regional
Refuse Management District
c/o Scott Alfonse, Executive Director
300 Samuel Barnet Road
New Bedford, MA  02745

Link Environmental, LLC
c/o Pat Sperduto
85 Douglas Pike, # 200
Smithfield, RI 02917

Fall River Transfer Station
c/o Jeffrey Burdick, Vice President
1080 Airport Road
Fall River, MA 02720

Becca Corp., Inc.
c/o Carl Beury, President
701 Chestnut Street
Ashland, PA  17921

Wheelabrator Technologies, Inc.
c/o Michael O'Friel
100 Arboretum Drive, Suite 310
Portsmouth, NH 03801

By Email

rbraceras@goodwinprocter.com
pcarey@mirickoconnell.com
ccondon@murphyking.com
tomcrotty@tcrottylaw.com
gehrlich@pierceatwood.com
andrew.gallo@bingham.com
neil.hartzell@leclairryan.com
john@jm-law.net
bankruptcy@murphyking.com
jmurphy@mirickoconnell.com
noonan@law-djn.com
moneil@murphyking.com
arheaume@riemerlaw.com
jezesq@cs.com