UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>ABC DISPOSAL SERVICE, INC., et al.,<br><br>Debtor. | CHAPTER 11<br>CASE NO. 16-11787-JNF |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

In accordance with Fed. R. Bankr. P. 9010, please enter the appearance of Thomas S. Vangel on behalf of **Greater New Bedford Regional Refuse Management District.**, a creditor herein.  The undersigned hereby requests that he be placed on the service list and, pursuant to Fed. R. Bankr. P. 2002, demands that all notices, papers, orders, pleadings, motions and all other documents and papers filed in connection with this case be served upon the undersigned at the office address set for the below.

/s/ Thomas S. Vangel
Thomas S. Vangel, Esq. BBO #552386
Murtha Cullina LLP
99 High Street
Boston, MA 02110
(617) 457-4072 Telephone
(617) 482-3868 Facsimile
tvangel@murthalaw.com

Dated: May 27, 2016

7074690v1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>ABC DISPOSAL SERVICE, INC., et al.,<br><br>Debtor. | CHAPTER 11<br>CASE NO. 16-11787-JNF |

## CERTIFICATE OF SERVICE

I, Thomas S. Vangel, hereby certify that on the 27th day of May, 2016 I served a copy of the ***Notice of Appearance and Request For Service of Papers***, upon those individuals who have filed CM/ECF notices of appearances in the Court's CM/ECF database and by first-class mail, postage prepaid or by electronic mail upon the parties listed below:

/s/ Thomas S. Vangel
Thomas S. Vangel, Esq. BBO #552386
Murtha Cullina LLP
99 High Street
Boston, MA 02110
(617) 457-4072 Telephone
(617) 482-3868 Facsimile
tvangel@murthalaw.com

7074690v1

John Fitzgerald, Asst. U.S. Trustee*
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

R.M. Packer Co., Inc.
c/o Ralph M. Packer, Jr. Treasurer
P.O. Box 308
Vineyard Haven, MA 02568

Town of Fairhaven
c/o Mark Rees, Town Administrator
Town Hall, Center Street
Fairhaven, MA 02719

Greater New Bedford Regional Refuse Management District
c/o Scott Alfonse
300 Samuel Barnet Road
New Bedford, MA 02745

Link Environmental, LLC
c/o Pat Sperduto
85 Douglas Pike, #200
Smithfield, RI 02917

Fall River Transfer Station
c/o Jeffrey Burdick, Vice President
1080 Airport Road
Fall River, MA 02720

Becca Corp., Inc.
c/o Carl Beury, President
701 Chestnut Street
Ashland, PA 17921

Wheelabrator Technologies, Inc.
c/o Michael O'Friel
100 Arboretum Drive, Ste. 310
Portsmouth, NH 03801

Roberto M. Braceras, Esq.*
Goodwin Procter
Exchange Place
Boston, MA 02109

Paul W. Carey, Esq.*
Jessica E. Murphy, Esq.*
Mirick, O'Cononell, DeMallie & Lougee LLP
100 Front Street
Worcester, MA 01608

Christopher M. Condon, Esq.*
Harold B. Murphy, Esq.*
Michael K. O'Neil, Esq.*
Murphy & King
One Beacon Street
Boston, MA 02108

Thomas Crotty*
Town of Fairhaven
388 County Street
New Bedford, MA 02740

Gayle P. Ehrlich, Esq.*
Pierce Atwood
100 Summer Street, Ste. 2250
Boston, MA 02110

Andrew J. Gallo, Esq.*
Morgan, Lewis and Bockius LLP
One Federal Street
Boston, AM 02110

Neil Harzell, Esq.*
LeClair Ryan PC
One International Place
Boston, MA 02110

John M. McAuliffe, Esq.*
McAuliffe & Associates PC
430 Lexington Street
Newton, MA 02466

David J. Noonan, Esq.*
288 Triangle Street
Amherst, MA 01002

Alexander G. Rheaume, Esq.*
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA 02108

John E. Zajac, Esq.*
Carmichael & Zajac PC
170 High Street
Taunton, MA 02780

*served by electronic transmission*

7074690v1