**Fill in this information to identify the case:**

Debtor name  **ABC Disposal Service, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

Case number (if known)  **16-11787**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................  $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................  $      **13,276,018.83**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................  $      **13,276,018.83**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $      **27,500,000.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................  $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................  +$      **2,688,697.42**

4.  Total liabilities .................................................................................................
    Lines 2 + 3a + 3b      $      **30,188,697.42**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **ABC Disposal Service, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

Case number (if known) **16-11787**

☐ Check if this is an amended filing

## Official Form 206A/B

*\*All values indicated reflect Book Values unless otherwise noted.*

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | Cash on hand | | $100.00 |

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Santander Bank | Checking | 1539 | $0.00 |
| 3.2. | Santander Bank | Lockbox | 6399 | $24,984.53 |
| 3.3. | Santander Bank | Savings | 1012 | $5,122.97 |
| 3.4. | Webster Bank | Checking | 5199 | $0.00 |
| 3.5. | Comerica Bank | Lockbox | 9210 | $6,574.92 |
| 3.6. | Bank Newport | Checking | 2989 | $135,689.50 |

| Debtor | **ABC Disposal Service, Inc.** | | Case number *(If known)* **16-11787** | |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.7. | **Bank Newport** | **Payroll** | 2971 | | $199,738.65 |

**4.**     Other cash equivalents *(Identify all)*

**5.**     **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        $372,210.57

---

**Part 2:**    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.

■ Yes Fill in the information below.

**7.**     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Bay State Gas** | $560.00 |

**8.**     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Shawmut Associates, LLC** | $8,000.00 |
| 8.2. | **Penske** | $5,473.45 |
| 8.3. | **Martha's Vineyard** | $21,250.00 |
| 8.4. | **Prepaid Insurance** | $170,952.32 |
| 8.5. | **A&L Enterprises, LLC** | $53,110.00 |
| 8.6. | **Prepaid Office Expenses** | $2,545.20 |
| 8.7. | **Prepaid Dues** | $13,034.50 |
| 8.8. | **Prepaid Registrations** | $71,810.26 |

---

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 2

Debtor  __ABC Disposal Service, Inc._____    Case number *(If known)* __16-11787__
         Name

| 8.9. | **Prepaid Permits** | $5,275.50 |
|---|---|---|

| 8.10. | **Prepaid Fees** | $18,505.00 |
|---|---|---|

| 8.11. | **Prepaid Taxes** | $93,193.41 |
|---|---|---|

9.  **Total of Part 2.**                                         | $463,709.64 |
    Add lines 7 through 8. Copy the total to line 81.

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.   **Accounts receivable**

Net of Inter-Company    3,125,000.00  -         0.00  = ....   $3,125,000.00
                         face amount         doubtful or uncollectible accounts


   Inter-Company        2,186,000.00  -         0.00  = ....   $2,186,000.00
                         face amount         doubtful or uncollectible accounts

12.   **Total of Part 3.**                                      | $5,311,000.00 |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

Debtor    **ABC Disposal Service, Inc.**
Name

Case number *(If known)* **16-11787**

| | | | | |
|---|---|---|---|---|
| **Inventory including but not limited to parts and supplies to service the Debtor's vehicles** | | **Unknown** | | **Unknown** |

23.  **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

**$0.00**

24.  **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **Used office furniture, chairs, desks, filing cabinets** | **Unknown** | | **Unknown** |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** **Used office equipment, computers and accessories** | **Unknown** | | **Unknown** |
| 42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

**$0.00**

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **ABC Disposal Service, Inc.** | Case number *(If known)* **16-11787** |
|---|---|---|
| | Name | |

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

---

**Part 8:**     **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **See attached Schedule 47.1** | | **Unknown** | **Unknown** |
| | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Various equipment, including but not limited to welders, compressors, plasmas cutters, containers** | | **Unknown** | **Unknown** |

| 51. **Total of Part 8.**<br>Add lines 47 through 50. Copy the total to line 87. | **$0.00** |
|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
 ☐ No
 ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

---

**Part 9:**     **Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    **ABC Disposal Service, Inc.**                                   Case number *(If known)* **16-11787**
_____Name_____

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **1245 Shawmut Avenue New Bedford MA** | **Lease** | **Unknown** | **N/A** | **Unknown** |
| 55.2. | **994 Nash Road New Bedford MA** | **Lease** | **Unknown** | **N/A** | **Unknown** |
| 55.3. | **1136 Shawmut Avenue New Bedford MA** | **Lease** | **Unknown** | **N/A** | **Unknown** |
| 55.4. | **1228 Shawmut Ave. New Bedford MA** | **Lease** | **Unknown** | **N/A** | **Unknown** |
| 55.5. | **1069 Shawmut Ave. New Bedford MA** | **Lease** | **Unknown** | **N/A** | **Unknown** |
| 55.6. | **1245 Shawmut Avenue New Bedford MA** | **Lease** | **Unknown** | **N/A** | **Unknown** |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.                                                     **$0.00**

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations**<br>**Customer List** | | **Unknown** | **Unknown** |

64.    **Other intangibles, or intellectual property**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **ABC Disposal Service, Inc.**
_____    Case number *(If known)* **16-11787**
    Name

---

65.    **Goodwill**
    **Goodwill** _____    **Unknown** _____    **Unknown**

---

66.    **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---:|
| | **$0.00** |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

    ■ No
    ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☐ No
    ■ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

**Part 11:    All other assets**

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
    Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**
    **Potential Claims against Webster Bank, N.A. under loan agreements**    **Unknown**
    Nature of claim _____
    Amount requested _____ **$0.00**

---

    **Claims against Small Business Term Loans, Inc., D/B/A BFS Capital for, among other things, violation of the Massachusetts usury statute, unjust enrichment, unfair and deceptive trade practices pursuant to M.G.L. ch. 93A, and civil conspiracy**    **Unknown**
    Nature of claim _____
    Amount requested _____ **$0.00**

---

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **ABC Disposal Service, Inc.**                               Case number *(If known)*  **16-11787**
Name

| | |
|---|---|
| **Advances to or for the benefit of Shawmut Associates, LLC** | $4,742,283.60 |
| Nature of claim | |
| Amount requested | **$0.00** |

| | |
|---|---|
| **Advances to or for the benefit of A&L Enterprises, LLC** | $105,000.00 |
| Nature of claim | |
| Amount requested | **$0.00** |

| | |
|---|---|
| **Advances to or for the benefit of New Bedford Waste Services, LLC** | $1,066,655.02 |
| Nature of claim | |
| Amount requested | **$0.00** |

| | |
|---|---|
| **Advances to or for the benefit of Zero Waste Solutions, LLC** | $1,212,910.00 |
| Nature of claim | |
| Amount requested | **$0.00** |

| | |
|---|---|
| **Advances to or for the benefit of Excel** | $2,250.00 |
| Nature of claim | |
| Amount requested | **$0.00** |

| | |
|---|---|
| **Contingent Claim against CP Manufacturing, Inc. for payments made on behalf of Zero Waste Solutions, LLC or by Zero Waste Solutions LLC with funds provided by the Debtor** | **Unknown** |
| Nature of claim | |
| Amount requested | **$0.00** |

| | |
|---|---|
| **Contingent Claim against Beaumont Solar Co. for payments made on behalf of Zero Waste Solutions, LLC or by Zero Waste Solutions LLC with funds provided by the Debtor** | **Unknown** |
| Nature of claim | |
| Amount requested | **$0.00** |

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                               $7,129,098.62
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **ABC Disposal Service, Inc.**                                    Case number *(If known)* **16-11787**
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $372,210.57 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $463,709.64 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5,311,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $7,129,098.62 | |
| 91. **Total.** Add lines 80 through 90 for each column | $13,276,018.83 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,276,018.83 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Veh.# | Customer Vehicle # | Year | Make | Model | Body Type |
|---|---|---|---|---|---|
| 132 | 1 | 2007 | Ford | F150 | Light Truck |
| 141 | 2 | 2008 | Ford | F150 | Light Truck |
| 157 | 3 | 2011 | Ford | F350 | Medium Truck |
| 153 | 5 | 2010 | International | 4300 | Heavy Truck |
| 14 | 6 | 1999 | Int'l | 400SER | Heavy Truck |
| 25 | 7 | 2000 | Int'l | 400 SER Bucket | Heavy Truck |
| 95 | 8 | 2005 | International | 4300 | Heavy Truck |
| 101 | 11 | 2005 | INTL | 400SER | Heavy Truck |
| 26 | 12 | 2000 | Int'l | 4000 | Heavy Truck |
| 143 | 14 | 2008 | International | 4300 | Heavy Truck |
| 9 | 15 | 1998 | Mack | CH613 | Tractor X-Heavy |
| 28 | 16 | 2000 | Mack | CH600 | X-Heavy Truck |
| 113 | 18 | 2005 | Mack | CV713 | Tractor X-Heavy |
| 146 | 19 | 2008 | Mack | CHU613 | Tractor X-Heavy |
| 62 | 20 | 2003 | Mack | MR690S | X-Heavy Truck |
| 63 | 21 | 2003 | Mack | MR690S | X-Heavy Truck |
| 64 | 22 | 2003 | Mack | MR690S | X-Heavy Truck |
| 4 | 23 | 1997 | Mack | 600 | Tractor X-Heavy |
| 40 | 24 | 2001 | MACK | TK | X-Heavy Truck |
| 127 | 25 | 2006 | Kenworth | W900 | Tractor X-Heavy |
| 88 | 26 | 2004 | Volvo | VHD | X-Heavy Truck |
| 102 | 28 | 2005 | Volvo | VHD | X-Heavy Truck |
| 65 | 30 | 2003 | Mack | CV700 | X-Heavy Truck |
| 137 | 31 | 2007 | Mack RO -winch | CV713 | X-Heavy Truck |
| 117 | 32 | 2006 | Sterling  RO - | LT9500 | X-Heavy Truck |
| 29 | 34 | 2000 | Peterbilt | Conven | X-Heavy Truck |
| 17 | 37 | 1999 | Mack RO -winch | RD388S | X-Heavy Truck |
| 112 | 38 | 2005 | MACK | CV700 | X-Heavy Truck |
| 3 | 42 | 1997 | Mack RO -winch | | X-Heavy Truck |
| 145 | 49 | 2008 | MACK | 600 | X-Heavy Truck |
| 118 | 51 | 2006 | Mack Rear Load | LE613 | X-Heavy Truck |
| 30 | 52 | 2000 | Mack RO -winch | RD688sx | X-Heavy Truck |
| 119 | 53 | 2006 | Mack Rear Load | LE613 | X-Heavy Truck |
| 36 | 55 | 2001 | Mack | MR690s | X-Heavy Truck |
| 56 | 58 | 2002 | Mack RO -winch | | X-Heavy Truck |
| 66 | 59 | 2003 | Mack F/ Load | | X-Heavy Truck |
| 37 | 62 | 2001 | Mack | 600 | X-Heavy Truck |
| 75 | 65 | 2003 | Mack | CH600 | Tractor X-Heavy |
| 20 | 67 | 1999 | MACK RO -winch | RD688S | X-Heavy Truck |
| 85 | 68 | 2004 | Mack RO -winch | CV713 | X-Heavy Truck |
| 120 | 69 | 2006 | Mack Rear Load | MR688S | X-Heavy Truck |
| 164 | 71 | 2012 | Mack | 600 | X-Heavy Truck |
| 69 | 77 | 2003 | Mack Rear Load | MR688S | X-Heavy Truck |
| 70 | 78 | 2003 | Mack Rear Load | MR688S | X-Heavy Truck |
| 54 | 81 | 2002 | Int Sp Recycler | 4900 | Heavy Truck |
| 49 | 82 | 2002 | INT | 4900 | Heavy Truck |
| 73 | 85 | 2003 | MACK | MR688S | X-Heavy Truck |
| 82 | 86 | 2004 | MACK | MR688S | X-Heavy Truck |
| 38 | 87 | 2001 | Mack | 600 | X-Heavy Truck |
| 57 | 88 | 2002 | Mack Rear Load | MR600 | X-Heavy Truck |
| 83 | 89 | 2004 | Mack | CV713 | X-Heavy Truck |
| 84 | 90 | 2004 | Mack | CV713 | X-Heavy Truck |
| 21 | 91 | 1999 | Mack RO -winch | RD688S | X-Heavy Truck |
| 103 | 92 | 2005 | Mack RO -winch | CV713 | X-Heavy Truck |
| 104 | 93 | 2005 | Mack | CV713 | X-Heavy Truck |
| 105 | 94 | 2005 | Mack Rear Load | MR688S | X-Heavy Truck |
| 106 | 95 | 2005 | Mack Rear Load | MR688S | X-Heavy Truck |
| 107 | 96 | 2005 | Mack | MR688S | X-Heavy Truck |
| 108 | 97 | 2005 | Mack F/ Load | MR688S | X-Heavy Truck |
| 109 | 98 | 2005 | Mack F/ Load | MR688S | X-Heavy Truck |
| 110 | 99 | 2005 | Mack F/ Load | MR688S | X-Heavy Truck |
| 126 | 100 | 2006 | Mack | CHIN613 | Tractor X-Heavy |
| 121 | 101 | 2006 | Mack F/ Load | MR688S | X-Heavy Truck |
| 122 | 102 | 2006 | Mack F/ Load | MR688S | X-Heavy Truck |
| 136 | 103 | 2007 | INTL | 400SER | Heavy Truck |
| 123 | 104 | 2006 | Mack Rear Load | MR688S | X-Heavy Truck |
| 124 | 105 | 2006 | Mack RO -winch | CV713 | X-Heavy Truck |
| 74 | 106 | 2003 | Mack | CV713 | X-Heavy Truck |
| 125 | 107 | 2006 | Mack | MR688S | X-Heavy Truck |

| | | | | | |
|---|---|---|---|---|---|
| 138 | 108 | 2007 | Mack | MR688S | X-Heavy Truck |
| 159 | 109 | 2011 | Mack | LEU613 | X-Heavy Truck |
| 160 | 110 | 2011 | Mack | LEU613 | X-Heavy Truck |
| 139 | 111 | 2007 | Mack | MR | X-Heavy Truck |
| 81 | 112 | 2004 | Chevy | C5500 | Medium Truck |
| 50 | 114 | 2002 | International | 400SER | Heavy Truck |
| 96 | 115 | 2005 | International | 400SER | Heavy Truck |
| 97 | 116 | 2005 | International | 400SER | Heavy Truck |
| 98 | 117 | 2005 | International | 400SER | Heavy Truck |
| 99 | 118 | 2005 | International | 400SER | Heavy Truck |
| 58 | 119 | 2002 | Mack | CV713 | X-Heavy Truck |
| 51 | 120 | 2002 | International | 400SER | Heavy Truck |
| 135 | 121 | 2007 | International | 400SER | Heavy Truck |
| 52 | 122 | 2002 | International | 400SER | Heavy Truck |
| 61 | 123 | 2003 | Mitsubshi | FH2 | Medium Truck |
| 133 | 124 | 2007 | International | 400SER | Medium Truck |
| 134 | 125 | 2007 | Sterling | Sterling Dump | Medium Truck |
| 53 | 126 | 2002 | Sterling | Sterling | Heavy Truck |
| 169 | 127 | 2013 | Mack | CHU613 | Tractor X-Heavy |
| 170 | 128 | 2013 | Mack | CHU613 | Tractor X-Heavy |
| 167 | 129 | 2013 | Mack | MRU613 | X-Heavy Truck |
| 168 | 130 | 2013 | Mack | MRU613 | X-Heavy Truck |
| 175 | 134 | 2014 | MACK | LEU632 | X-Heavy Truck |
| 176 | 135 | 2014 | MACK | LEU633 | X-Heavy Truck |
| 177 | 136 | 2014 | MACK | LEU633 | X-Heavy Truck |
| 178 | 137 | 2014 | MACK | LEU633 | X-Heavy Truck |
| 179 | 138 | 2014 | MACK | LEU633 | X-Heavy Truck |
| 180 | 139 | 2014 | MACK | LEU633 | X-Heavy Truck |
| 181 | 140 | 2014 | MACK | LEU633 | X-Heavy Truck |
| 182 | 141 | 2014 | MACK | LEU633 | X-Heavy Truck |
| 183 | 142 | 2014 | MACK | LEU633 | X-Heavy Truck |
| 184 | 143 | 2014 | MACK | LEU633 | X-Heavy Truck |
| 198 | 144 | 2014 | Mack | 600 | X-Heavy Truck |
| 197 | 145 | 2014 | Mack | 600 | X-Heavy Truck |
| 196 | 146 | 2014 | Mack | 600 | X-Heavy Truck |
| 195 | 147 | 2014 | Mack | 600 | X-Heavy Truck |
| 194 | 148 | 2014 | Mack | 600 | X-Heavy Truck |
| 193 | 149 | 2014 | Mack | 600 | X-Heavy Truck |
| 192 | 150 | 2014 | Mack | 600 | X-Heavy Truck |
| 191 | 151 | 2014 | Mack | 600 | X-Heavy Truck |
| 186 | 152 | 2014 | Mack | 600 | X-Heavy Truck |
| 185 | 153 | 2014 | Mack | 600 | X-Heavy Truck |
| 187 | 154 | 2014 | Mack | 600 | X-Heavy Truck |
| 188 | 155 | 2014 | Mack | 600 | X-Heavy Truck |
| 189 | 156 | 2014 | Mack | 600 | X-Heavy Truck |
| 190 | 157 | 2014 | Mack | 600 | X-Heavy Truck |
| | 17B | 2006 | International | 400SER | Heavy Truck |
| 31 | 27A | 2000 | Mack  Tractor | RD688 | X-Heavy Truck |
| 32 | 29A | 2000 | Mack | RD600 | X-Heavy Truck |
| 33 | 33A | 2000 | Mack RO - Cylinder | RD688S | X-Heavy Truck |
| 8 | 35A | 1998 | Mack | RD600 | X-Heavy Truck |
| 111 | 36A | 2005 | Mack | Granite Roll off | X-Heavy Truck |
| 147 | 39A | 2009 | Mack F/ Load | MRU613 | X-Heavy Truck |
| 148 | 43A | 2009 | Mack | LEU | X-Heavy Truck |
| 154 | 44A | 2010 | Mack | LEU613 | X-Heavy Truck |
| 144 | 47A | 2008 | Mack | LEU613 | X-Heavy Truck |
| 161 | 54A | 2011 | Mack Front Load | MRU613 | X-Heavy Truck |
| 140 | 57A | 2007 | Mack | CV713 | X-Heavy Truck |
| 86 | 66A | 2004 | Mack | CH613 | Tractor X-Heavy |
| 5 | B1 | 1997 | Wabash | | Semi-Trailer |
| 12 | B2 | 1998 | TRAIL | | Semi-Trailer |
| 2 | B3 | 1996 | TRAIL | | Semi-Trailer |
| 80 | CARL | 2003 | Ford | Taurus Sedan | PP Type |
| 23 | D2 | 1999 | MAC | | Semi-Trailer |
| 22 | FB1 | 1999 | DORSEY | SEMI | Semi-Trailer |
| 1 | FUEL TRK | 1992 | INTL | 400SER | Heavy Truck |
| 156 | KEN | 2010 | Chevy | Tahoe SUV | PP Type |
| 163 | LINDA | 2011 | Cadillac | Deville Sedan | PP Type |
| 13 | MARK | 1999 | Ford | F250 | Light Truck |
| 151 | MIKE | 2009 | Cadillac | Escalade Sedan | PP Type |
| 142 | MV1 | 2008 | Ford | F250 P/U | Light Truck |

SCHEDULE ...

| 44 | MV2 | 2002 | GMC | Sierra | Light Truck |
|---|---|---|---|---|---|
| 46 | NBSW | 2002 | FORD | LGTCON | Medium Truck |
| 100 | NBWS | 2005 | Freightliner | M2106 | Heavy Truck |
| 78 | Pup | 2003 | Great | Utility | Trailer |
| 149 | Pup2 | 2009 | Great | Utility | Trailer |
| 155 | Pup3 | 2010 | Wright | Utility Deck | Trailer |
| 165 | Pup4 | 2012 | Great | Utility | Trailer |
| 45 | S1 | 2002 | Ford | F350 | Light Truck |
| 158 | S10 | 2011 | Ford | F550 | Medium Truck |
| 94 | S4 | 2005 | Ford | F550 | Medium Truck |
| 6 | S5 | 1998 | Isuzu | NPR | Medium Truck |
| 79 | SA1 | 2003 | Ford | Taurus Sedan | PP Type |
| 60 | SA2 | 2002 | Ford | Taurus Sedan | PP Type |
| 114 | SA5 | 2005 | Ford | Taurus Sedan | PP Type |
| 152 | SA6 | 2010 | Chevrolet | Aveo Sedan | Light Truck |
| 115 | SA7 | 2005 | Ford | Focus Sedan | PP Type |
| 150 | SA8 | 2009 | Ford | Focus Sedan | PP Type |
| 116 | SAFE | 2005 | Ford | Expedition SUV | PP Type |
| 93 | STEVE | 2005 | Ford | F350 | Light Truck |
| 166 | SUE | 2012 | GMC | Acadia SUV | PP Type |
| 34 | T1 | 2000 | Steco | Semi Trailer | Semi-Trailer |
| 130 | T10 | 2006 | Mac | TNSP48MF99 | Semi-Trailer |
| 131 | T11 | 2006 | MAC | | Semi-Trailer |
| 171 | T12 | 2013 | Mac | | Semi-Trailer |
| 172 | T13 | 2013 | MAC | | Semi-Trailer |
| 10 | T15 | 1998 | East Semi | | Semi-Trailer |
| 11 | T16 | 1998 | East Semi | | Semi-Trailer |
| 35 | T17A | 2000 | Mack | | Semi-Trailer |
| 24 | T18 | 1999 | East Semi | | Semi-Trailer |
| 59 | T19 | 2002 | Steco | | Semi-Trailer |
| 76 | T2 | 2003 | Stecos | Semi | Semi-Trailer |
| 41 | T20 | 2001 | East Semi | | Semi-Trailer |
| 43 | T21 | 2001 | Steco | | Semi-Trailer |
| 42 | T22 | 2001 | Steco | | Semi-Trailer |
| 174 | T23 | 2013 | MAC | | Semi-Trailer |
| 173 | T24 | 2013 | MAC | | Semi-Trailer |
| 77 | T3 | 2003 | Steco | STAW | Semi-Trailer |
| 89 | T4 | 2004 | Steco | ST-AWO4500 | Semi-Trailer |
| 90 | T5 | 2004 | Steco | ST-AWO4800 | Semi-Trailer |
| 91 | T6 | 2004 | Steco | ST-AWO4800 | Semi-Trailer |
| 92 | T7 | 2004 | Steco | ST-AWO4800 | Semi-Trailer |
| 162 | T8 | 2011 | MAC | | Semi-Trailer |
| 129 | T9 | 2006 | Mac | TNSP48MF100 | Semi-Trailer |
| 87 | YH1 | 2004 | Ottawa | LT8 | Tractor X-Heavy |
| 128 | YH2 | 2006 | CAPAC | TRACTOR | Tractor X-Heavy |
| | E107 | 1997 | Chevy | Astro | Van |
| | | 1998 | Wabash | | Semi trailer |
| | E109 | 2001 | Ford | Econovan | Van |
| | | 2015 | Mack | MRU600 | X-Heavy Truck |
| | 158 | 2015 | Mack | LEU633 | X-Heavy Truck |
| | 159 | 2015 | Mack | LEU633 | X-Heavy Truck |
| | 160 | 2015 | Mack | LEU633 | X-Heavy Truck |
| | 161 | 2015 | Mack | LEU633 | X-Heavy Truck |
| | 162 | 2016 | Mack | CHU613 | X-Heavy Truck |
| | 163 | 2016 | Mack | CHU613 | X-Heavy Truck |

# ABC DISPOSAL SERVICE, INC

## SCHEDULE 50.1

| # | Description | Date |
|---|---|---|
| 1 | Itrakpro - GPS System | 2/17/2004 |
| 2 | (2)IR1200 GPS Tracking System | 2/24/2004 |
| 3 | 2004 Mack Truck Model CV713 | 6/17/2004 |
| 4 | 2004 Mack Truck Model CV713 | 6/17/2004 |
| 5 | 2004 Steco Aluminum Floor Trailer | 6/17/2004 |
| 6 | 2004 Steco Aluminum Floor Trailer | 6/17/2004 |
| 7 | 2004 Steco Aluminum Floor Trailer | 6/17/2004 |
| 8 | 1999 Mack Roll Off | 5/27/2004 |
| 9 | 2000 Mack CH600 Tractor | 7/16/2004 |
| 10 | 2002 Ford Taurus | 8/18/2004 |
| 11 | 2005 Mack CV713 w/ Hoist | 8/9/2004 |
| 12 | 2005 Mack CV713 w/ Hoist | 8/9/2004 |
| 13 | 2005 Mack MR688S | 9/2/2004 |
| 14 | 2005 Mack MR688S | 9/2/2004 |
| 15 | 2005 Mack MR688S | 9/2/2004 |
| 16 | 2005 Mack MR688S | 9/2/2004 |
| 17 | GPS Tracking System | 9/23/2004 |
| 18 | 2000 Used Mack RD688 | 9/23/2004 |
| 19 | Auto Tarp for Truck #91 | 10/12/2004 |
| 20 | Kohler Powered Air Compressor | 12/9/2004 |
| 21 | 2005 Mack MR688S w/ Frontload | 12/21/2004 |
| 22 | 2005 Mack MR688S w/ Frontload | 12/21/2004 |
| 23 | (5) Itrak Pro GPS System Nextel | 3/21/2005 |
| 24 | (5) Itrak Pro GPS System Nextel | 3/29/2005 |
| 25 | DS35 Refrigerated IR Air Dryer (S | 4/6/2005 |
| 26 | (10) Itrak Pro GPS System Nextel | 4/25/2005 |
| 27 | (2) Monitors, Cameras and Cable | 5/10/2005 |
| 28 | Lift N Load Hydraulic Tarp System | 5/25/2005 |
| 29 | 1998 Mack RD600 | 5/23/2005 |
| 30 | Itrakpro GPS System Nextel | 6/6/2005 |
| 31 | Pioneer Cover All Rollmaster w/ G | 6/8/2005 |
| 32 | 1999 Int'l 4700 | 6/9/2005 |
| 33 | 2005 Mack Granite, K-Pack Rolloff | 7/6/2005 |
| 34 | (2) Itrakpro GPS System | 7/21/2005 |
| 35 | 1999 Ford F250 Superduty Club L | 7/27/2005 |
| 36 | 2005 Ford F350 Pickup | 7/30/2005 |
| 37 | 2005 Ford F550 Chassis | 7/30/2005 |
| 38 | 1981 Steele Weld 12' Press Brake | 8/4/2005 |
| 39 | 1987 Edward & Pearson 3/8" She | 8/4/2005 |
| 40 | 2001 Caterpillar 5000tb Forklift | 8/4/2005 |
| 41 | 2006 Mack Moving Floor Trailor | 8/4/2005 |
| 42 | 1988 Hyundai Semi Dump Truck | 8/16/2005 |
| 43 | Ultron Rail Gate for 99 F250 Ext. C | 9/26/2005 |
| 44 | Lift & Load Hydraulic Tarp | 9/27/2005 |
| 45 | (2) Itrakpro GPS System | 9/28/2005 |
| 46 | Auto Tarping System | 11/2/2005 |

D

| # | Description | Date |
|---|---|---|
| 47 | (3) Itrakultra Iden GPS Systems | 12/19/2005 |
| 48 | (5) Itrakultra Iden GPS Systems | 12/30/2005 |
| 49 | 2006 Mack Moving Floor Trailer | 12/1/2005 |
| 50 | 2006 Mack Tractor | 11/9/2005 |
| 51 | 2006 CV713 Mack Truck w/ 2006 | 12/1/2005 |
| 52 | 2006 MR688S Mack Truck w/ Rea | 12/1/2005 |
| 53 | 2006 MR688S Mack Truck w/ Rea | 12/1/2005 |
| 54 | 2006 MR688S Mack Truck w/ Rea | 12/9/2005 |
| 55 | 2006 MR688S Mack Truck w/ Rea | 12/9/2005 |
| 56 | 2006 MR688S Mack Truck w/ Rea | 12/9/2005 |
| 57 | Streetpilot C330 - GPS Tracking S | 1/1/2006 |
| 58 | Streetpilot C330 - GPS Tracking S | 1/1/2006 |
| 59 | (4) Trailer Canvases - Aero | 1/18/2006 |
| 60 | 2003 Ford Taurus - FR Ford | 1/20/2006 |
| 61 | 2003 Ford Taurus - RRR Auto Sal | 3/9/2006 |
| 62 | 2006 Mack LE613 | 6/26/2006 |
| 63 | 2006 Mack LE613 | 6/26/2006 |
| 64 | 2006 McNeilus Model CTXXC Pack | 6/26/2006 |
| 65 | 2006 McNeilus Model CTXXC Pack | 6/26/2006 |
| 66 | (2) GPS System S N 5,5.02 and 5. | 8/17/2006 |
| 67 | BME P-7 or 176 RP Hoist | 9/1/2006 |
| 68 | 2007 Mack CV713 Roll-off | 9/1/2006 |
| 69 | 2007 McNeilus F/L | 9/1/2006 |
| 70 | 2007 Mack MR688S | 9/1/2006 |
| 71 | 2006 Sterling Galbreath Hoist | 2/28/2007 |
| 73 | 2003 Mack MR 690S Frontloader | 1/1/2007 |
| 74 | 2003 Mack MR 690S Frontloader | 1/1/2007 |
| 75 | 2003 Mack MR690S Frontloader | 1/1/2007 |
| 76 | Silent Drive Axle for 2006 Sterling | 1/1/2007 |
| 77 | R&P Rollmaster w/ Gantry Tarp fo | 1/1/2007 |
| 78 | 1998 Mack-MR688S w/ Dempster | 6/18/2003 |
| 79 | 2000 International Container Truck | 1/1/2008 |
| 80 | 2007 Ford 150 Crew Truck | 1/1/2008 |
| 81 | 2000 Mack Rolloff Truck | 1/1/2008 |
| 82 | Container Carrier Trailer | 7/1/2009 |
| 83 | 2009 Pup TrailerModel SR2440 | 7/1/2009 |
| 84 | 2008 Mack LE with Heil R2000 38 | 7/1/2009 |
| 85 | 2009 Mack MRU613 Tractor | 7/1/2009 |
| 86 | Mack MRU with McNelius Packer F | 8/1/2009 |
| 87 | 2005 Ford Taurus | 2/1/2009 |
| 88 | 2010 International Truck 4300 Seri | 2/1/2009 |
| 89 | 2010 Mack LEU613 Truck | 2/1/2009 |
| 90 | 2010 Container Carrier Rotater for | 1/22/2010 |
| 91 | 1999 MAC Dump Trailer | 3/18/2010 |
| 92 | 2003 Granite Roll-Off Truck | 5/27/2010 |
| 93 | 2008 Mack Tractor CHU613 | 4/23/2010 |
| 94 | 2011 MAC Moving Floor Trailer | 5/12/2010 |
| 95 | 2009 Mack LEU 613 | 4/29/2010 |
| 96 | 2006 MAC Walking Floor Trailer | 6/30/2010 |
| 97 | 2006 Mack RD600 Roll-off Truck | 8/26/2010 |
| 98 | 2010 Chevrolet Aveo | 8/31/2010 |
| 99 | 22ft. Ramp Truck Body | 9/15/2010 |
| 100 | 2007 Mack Roll | 10/21/2010 |
| 101 | 2010 Chevrolet Tahoe | 10/19/2010 |
| 102 | 2011 F-550 Super Duty | 11/3/2010 |
| 103 | 2011 Cadillac Deville | 11/3/2010 |

| No. | Description | Date |
|---|---|---|
| 104 | 2011 Labrie Expert 2000 Helping | 2/28/2011 |
| 105 | Labrie Expert 2000 Helping Hand | 2/28/2011 |
| 106 | 2011 Mack LEU613 | 3/1/2011 |
| 107 | 2011 Mack LEU613 | 3/1/2011 |
| 108 | 2011 Ford F350 | 4/26/2011 |
| 109 | 2002 Intl 490 | 4/27/2011 |
| 110 | 2002 Mack CV713 | 4/27/2011 |
| 111 | 2002 Intl 420 | 4/27/2011 |
| 112 | 2007 Mack MR | 4/27/2011 |
| 113 | 2000 Intl 4700 | 4/27/2011 |
| 114 | 2005 Intl 430 #2435 | 4/27/2011 |
| 115 | 2005 Intl 430 #2436 | 4/27/2011 |
| 116 | 2005 Intl 430 #2437 | 4/27/2011 |
| 117 | 2005 Intl 430 #2438 | 4/27/2011 |
| 118 | 2004 Chevy C5500 | 4/27/2011 |
| 119 | 2002 GMC Sierra | 4/27/2011 |
| 120 | 2007 Sterling Truck (white) | 5/31/2011 |
| 121 | 2008 Ford F250 P-U (green) | 5/31/2011 |
| 122 | 2002 Intl 400SER (white) | 5/31/2011 |
| 123 | 2002 Intl 400SER (white) | 5/31/2011 |
| 124 | 2003 Mitsubishi Truck (red) | 5/31/2011 |
| 125 | 2004 GMC C4500 (red) | 5/31/2011 |
| 126 | 2002 Sterling Truck (red) | 5/31/2011 |
| 127 | 2005 Ford Focus | 6/7/2011 |
| 128 | 2005 Intl Ramp Truck | 6/9/2011 |
| 130 | 2004 Mack CH613 | 8/16/2011 |
| 131 | 2008 Mack MRU613 | 10/14/2011 |
| 132 | 2009 Ford Focus | 12/9/2011 |
| 133 | 2005 Volvo RIO | 12/16/2011 |
| 134 | 2000 Peterbilt Conven | 12/16/2011 |
| 135 | 2004 Volvo VHD | 12/16/2011 |
| 136 | 2006 KW W900 | 12/16/2011 |
| 138 | 2001 Steco semi trailer | 12/16/2011 |
| 139 | 2001 Steco semi trailer | 12/16/2011 |
| 142 | 2001 East Semi Trailer | 12/16/2011 |
| 143 | 1999 East Semi Trailer | 12/16/2011 |
| 144 | 1998 East Semi Trailer | 12/16/2011 |
| 145 | 1998 east Semi Trailer | 12/16/2011 |
| 146 | 2004 Ottawa Yard Horse | 12/20/2011 |
| 147 | 2003 Mack RIO | 12/30/2011 |
| 148 | 1997 Mack CH613 Tractor | 1/10/2012 |
| 149 | 2008 Ford F-150 Pickup | 1/13/2012 |
| 150 | 2002 Ford F-350 | 1/18/2012 |
| 151 | 2001 Steco Trailer | 1/20/2012 |
| 152 | Heil R2000 38yd Recycle Body | 4/5/2012 |
| 153 | 2012 Mack LEU613 | 4/5/2012 |
| 154 | 2000 Steco Trailer | 4/14/2012 |
| 155 | 1988 John Deere 644E Loader | 4/14/2012 |
| 156 | 2005 Mack CV713 Tractor | 4/14/2012 |
| 157 | 2007 International 4300 Rear-Loa | 4/23/2012 |
| 158 | 2013 Mack CHU613 Tractor | 5/2/2012 |
| 159 | 2013 Mack CHU613 Tractor | 5/2/2012 |
| 160 | 2013 Mack MRU613 | 5/16/2012 |
| 161 | 2013 Mack MRU613 | 5/16/2012 |
| 162 | 2012 GMC Acadia Denali | 5/16/2012 |
| 163 | Front Load Packer Body | 6/1/2012 |

| # | Description | Date |
|---|---|---|
| 164 | Front Load Packer Body | 6/1/2012 |
| 165 | 2013 MAC Floor Trailer | 6/14/2012 |
| 166 | 2013 MAC Floor Trailer | 6/14/2012 |
| 167 | 2013 MAC Floor Trailer | 6/14/2012 |
| 168 | 2013 MAC Moving Trailer | 6/30/2012 |
| 169 | Auto Tarp Trailer T-13 | 7/9/2012 |
| 170 | Auto Tarp Trailer T-12 | 5/10/2012 |
| 171 | Auto Tarp Trailer T-23 | 7/10/2012 |
| 172 | Auto Tarp Trailer T-24 | 7/10/2012 |
| 173 | 2012 Great Lakes Roll Off Pup Tra | 7/12/2012 |
| 174 | Engine from Ballard Truck | 6/8/2012 |
| 175 | 1992 International Model 400 | 10/18/2012 |
| 176 | 2006 Mack Granite Roll Off | 4/5/2013 |
| 177 | Yale Forklift #6662 | 4/8/2013 |
| 178 | '97 Wabash Trailer | 4/10/2013 |
| 179 | '98 Trailmobile Trailer | 4/10/2013 |
| 181 | Steco Trailer Repairs T-01 | 1/29/2013 |
| 182 | 2004 Mack Truck #38 Repairs | 9/10/2013 |
| 183 | 2005 International Box Truck #531 | 9/24/2013 |
| 184 | 2001 Mack RD688S #7911 | 9/27/2013 |
| 185 | Truck Attachment 37 CY #2040 | 12/1/2013 |
| 186 | Truck attachment 37 CY #2041 | 12/1/2013 |
| 187 | 2014 Mack LEU633 #2039 | 12/13/2013 |
| 188 | 2014 Mack LEU633 #2040 | 12/13/2013 |
| 189 | Truck Attachment 37CY #2042 | 12/1/2013 |
| 190 | 2014 Mack LEU633 #2041 | 12/13/2013 |
| 191 | Steco Trailer Repairs T-6 | 12/20/2013 |
| 192 | 2014 Mack LEU #2042 | 1/30/2014 |
| 193 | 2014 Mack LEU633 #2043 | 1/30/2014 |
| 194 | 2014 Mack LEU633 #2044 | 1/30/2014 |
| 195 | 2014 Mack LEU633 #2045 | 1/30/2014 |
| 196 | 2014 Mack LEU633 #2046 | 1/30/2014 |
| 197 | 2014 Mack LEU633 #2047 | 1/30/2014 |
| 198 | 2014 Mack LEU632 | 1/30/2014 |
| 199 | Truck Attachment 22 CY | 1/30/2014 |
| 200 | Truck Attachment 37 CY | 1/30/2014 |
| 201 | Truck Attachment 37 CY | 1/30/2014 |
| 202 | Truck Attachment 37CY | 1/30/2014 |
| 203 | Truck Attachment 37 CY | 1/30/2014 |
| 204 | Truck Attachment 37 CY | 1/30/2014 |
| 205 | Truck Attachment 37 CY | 1/30/2014 |
| 206 | 10 Side loader graphics | 1/13/2014 |
| 207 | 2006 Yard Horse Truck | 1/17/2014 |
| 208 | 2000 MAC Live Floor Trailer | 1/31/2014 |
| 209 | 2006 International 430 RIO Truck | 4/1/2014 |
| 210 | 2007 International 4300 | 4/10/2014 |
| 211 | 1999 Dorsey Trailer | 5/6/2014 |
| 212 | 2014 Mack LEU633-2048 | 5/15/2014 |
| 213 | 2014 Mack LEU633-2049 | 5/15/2014 |
| 214 | 2014 Mack LEU633-2050 | 5/15/2014 |
| 215 | 2014 Mack LEU633-2051 | 5/15/2014 |
| 216 | 2014 Mack LEU633-2052 | 5/15/2014 |
| 217 | 2014 Mack LEU633-53 | 5/15/2014 |
| 218 | 2014 Mack LEU633-2054 | 5/15/2014 |
| 219 | 2014 Mack LEU633-2055 | 5/15/2014 |
| 220 | 2014 Mack LEU633-2056 | 5/15/2014 |

| | | |
|---|---|---|
| 221 | 2014 Mack LEU633-2057 | 5/15/2014 |
| 222 | 2014 Mack LEY633-2058 | 5/15/2014 |
| 223 | 2014 Mack LEU633-2059 | 5/15/2014 |
| 224 | 2014 Mack LEU633-2060 | 5/15/2014 |
| 225 | 2014 Mack LEU633-2061 | 5/15/2014 |
| 226 | Truck Attachment #54414 | 5/22/2014 |
| 227 | Truck Attach. #54416 | 5/22/2014 |
| 228 | Truck Att. #54417 | 5/22/2014 |
| 229 | Truck Att. #54410 | 5/22/2014 |
| 230 | Truck Alt. #54423 | 5/22/2014 |
| 231 | Truck Att. #54411 | 5/22/2014 |
| 232 | Truck Att. #54426 | 5/22/2014 |
| 233 | Truck Att. #54427 | 5/22/2014 |
| 234 | Truck Alt. #54429 | 5/22/2014 |
| 235 | Truck Att. # 54431 | 5/22/2014 |
| 236 | Truck Att. # 54432 | 5/22/2014 |
| 237 | Truck Att. #54433 | 5/22/2014 |
| 238 | Truck Att. #54439 | 5/22/2014 |
| 239 | Truck Att. #54440 | 5/22/2014 |
| 240 | 2010 Crane Carrier repairs | 6/23/2014 |
| 241 | 1998East Semi-Trailer Repairs (#T | 9/1/2014 |
| 242 | 2011 Mack E-Z Pack MRU613 | 10/24/2014 |
| 243 | Fully Depreciated Equipment & Containers | 1/1/1988 |
| 244 | Vertical Bales | 7/3/2000 |
| 245 | Baler | 12/21/2000 |
| 246 | Steel Pallet Rack | 2/7/2001 |
| 247 | Balemart Baler | 2/14/2001 |
| 248 | Rack N Pinion Cover | 7/24/2001 |
| 249 | Front Load Deodorizing System | 5/2/2001 |
| 250 | 5HP Air Compressor | 3/8/2002 |
| 251 | OTC 4400LB Engine Crane | 3/26/2002 |
| 252 | Containment Tank - 15,000 Gal. | 4/16/2002 |
| 253 | Mach 4 Valve 300 HP Engine | 5/20/2002 |
| 254 | Golf Cart | 4/29/2002 |
| 255 | Canvas Truck Cover | 6/13/2002 |
| 256 | Pioneer Rack N Pinion Tarp Syste | 9/30/2002 |
| 257 | (2) Storage Containers for Tires | 11/22/2002 |
| 258 | Curtis 15 HP Air Compressor Mod | 12/3/2002 |
| 259 | Curtis Refrigerated Air Dryer Mod | 12/3/2002 |
| 260 | Rear Vision Kit | 4/13/2004 |
| 261 | GPS Tracking System | 4/21/2004 |
| 262 | Axikit Deluxe w/ Flash Camera | 4/23/2004 |
| 263 | (8) RPI 2YD HD F L | 7/21/2006 |
| 264 | (2) RPI 1OYD HD F L | 7/31/2006 |
| 265 | RPI 4YD HD F L | 7/31/2006 |
| 266 | (3) RPI 6YD FIL | 9/1/2006 |
| 267 | RPI 2YD HD F L | 9/1/2006 |
| 268 | RPI 10YD SIL F L | 9/8/2006 |
| 269 | (54) 2YD, (27) 4YD, (18) 6YD,(19 | 10/31/2006 |
| 270 | ASAP (5) 15YD, (5) 20YD, (10) 3 | 11/1/2006 |
| 271 | (4) MGB 770 Liter Tote - Otto Envi | 10/13/2006 |
| 272 | Air Dryer | 1/1/2007 |
| 273 | Marathon RJ450,4 yd precrusher | 1/1/2007 |
| 274 | Chute System and 2 story Chute | 1/1/2007 |
| 275 | Used Baler | 1/1/2007 |
| 276 | Containers per Schedule A of 1st | 1/1/2007 |

| # | Description | Date |
|---|---|---|
| 277 | 2 - Marathon RJ 250SC 35 yd self | 1/1/2007 |
| 278 | 2007 Equip.& Containers | 6/30/2007 |
| 279 | Truck front load washer | 1/1/2008 |
| 280 | 12 400 gal containers | 1/1/2008 |
| 281 | 1 Compactor and Container | 1/1/2008 |
| 282 | 1 Mini Mac Compactor | 1/1/2008 |
| 283 | 2 2yrd. Frontload Containers | 1/1/2008 |
| 284 | Tram Rail Bailer | 1/1/2008 |
| 285 | 2008 Containers | 1/1/2008 |
| 286 | Used Containers (Nye-Buckley) | 1/1/2008 |
| 287 | Front Load Containers (RPI) | 1/1/2008 |
| 288 | Slant Containers (East Coast) | 1/1/2008 |
| 289 | Containers (Meese) | 1/1/2008 |
| 290 | 2 Yd.Stationary Compactor | 1/1/2008 |
| 291 | Containers - Various Waste Haule | 4/1/2009 |
| 292 | Airmax 12,000 CFM air handler for | 7/1/2009 |
| 293 | Air Compressor IRN15H-cc with 8 | 7/1/2009 |
| 294 | 10 yd Compactor (Used) | 7/1/2009 |
| 295 | 39 2 YD Front Load Containers (U | 1/1/2009 |
| 296 | Airmax Air Filtration Unit (Weld Sh | 7/1/2009 |
| 297 | 42 YD Compactor (used WH) | 7/1/2009 |
| 298 | Containers - Waste Haulers | 4/1/2009 |
| 299 | Various New Containers | 6/30/2009 |
| 300 | Roll Off Boxes (2-30yd,4-20yd,3 | 5/27/2010 |
| 301 | IRN20H-CC Nirvan Variable Speed | 3/17/2010 |
| 302 | 12-2yd Roto Front Load container | 2/23/2010 |
| 303 | 294-95 Gallon Toters & 4-2yd Rot | 5/1/2010 |
| 304 | 6-2yd F L.2-2yd | 6/1/2010 |
| 305 | 2 used K-Pac 6yd F/ L Compactor | 6/1/2010 |
| 306 | 27-2yd F/L Containers, 3-10yd | 7/1/2010 |
| 307 | 30 yd Compactor | 9/3/2010 |
| 308 | 6-2yd F/L | 9/1/2010 |
| 309 | Marathon Used Compactor | 11/15/2010 |
| 310 | 2-40yd Open Top Containers | 9/1/2010 |
| 311 | 6-2yd F/L | 9/3/2010 |
| 312 | 10-2yd F/L | 9/3/2010 |
| 313 | 8-2yd F/L | 9/3/2010 |
| 314 | Misc. Containers | 10/1/2010 |
| 315 | 886 95 Gallon Taters | 3/25/2011 |
| 316 | 5 Defibrilators & cabinets | 5/19/2011 |
| 317 | RIO Recycling Cont. | 4/7/2011 |
| 318 | 56 10yd. RIO Cont. | 4/27/2011 |
| 319 | 25 10yd. RIO cont. | 4/27/2011 |
| 320 | 11 20yd. RIO cont. | 4/27/2011 |
| 321 | 22 30yd. RIO cont. | 4/27/2011 |
| 322 | 4 40yd. RIO cont. | 4/27/2011 |
| 323 | 40 2yd. rear load cont. | 4/27/2011 |
| 324 | 28 4yd. rear load cont. | 4/27/2011 |
| 325 | 68 6yd. rear load cont. | 4/27/2011 |
| 326 | 19 5yd. rear load cont. | 4/27/2011 |
| 327 | 30 68gal. carts | 4/27/2011 |
| 328 | 558 96 gal carts | 4/27/2011 |
| 329 | 6yd. compactor | 4/27/2011 |
| 330 | 2 30yd. compactor | 4/27/2011 |
| 331 | 5 15yd. RIO Box 14' | 6/13/2011 |
| 332 | 5 15yd. RIO Box 14' | 6/22/2011 |

| | | |
|---|---|---|
| 333 | Bizzarro Containers | 5/31/2011 |
| 334 | Camera System | 8/10/2011 |
| 335 | 2123 65gal cont. | 8/15/2011 |
| 336 | 2123 95gal. cont. | 8/15/2011 |
| 337 | 2007 Caterpillar 262 Skidsteer | 11/14/2011 |
| 338 | 648 65gal. Taters | 10/7/2011 |
| 339 | 486 95gal. Taters | 10/7/2011 |
| 340 | 434 95gal. Taters | 10/10/2011 |
| 341 | 272 65gal. Taters | 10/11/2011 |
| 342 | 2 35yd. Compactors | 11/9/2011 |
| 343 | 5 15yd. RIO Box | 11/17/2011 |
| 344 | 3 2yd. Cont. | 12/1/2011 |
| 345 | 5 15yd. RIO Box | 12/13/2011 |
| 346 | Containers - United Waste | 12/16/2011 |
| 347 | Containers - TK Disp. | 12/30/2011 |
| 348 | 20 2yd. front load cont. | 1/10/2011 |
| 349 | 4 6yd. cont. | 1/10/2011 |
| 350 | 50 30x30 OW doors | 1/10/2011 |
| 351 | 2 Marathon 2yd Front Load Comp | 6/30/2012 |
| 352 | 2 6yd Front Load | 6/30/2012 |
| 353 | 6 2yd Slant cont. | 6/30/2012 |
| 354 | 24 95 Gal. cart lids | 6/30/2012 |
| 355 | 150 65 gal. Carts | 6/30/2012 |
| 356 | 200 95 gal. carts | 6/30/2012 |
| 357 | 150 95 gal. carts | 6/30/2012 |
| 358 | 150 95 gal. lids | 6/30/2012 |
| 359 | 420 95 qal MLB-ABC | 6/30/2012 |
| 360 | 14 95 qal MSD | 6/30/2012 |
| 361 | 14 68 gal MLB lid | 6/30/2012 |
| 362 | 100 65 gal lid | 6/30/2012 |
| 363 | 3 4yd HD Front Load | 6/30/2012 |
| 364 | 4yd Front load Slant | 6/30/2012 |
| 365 | 4 10yd Front Load slant | 6/30/2012 |
| 366 | 1/2yd Self-Dumping Hopper | 8/1/2012 |
| 367 | 3 1 1/2yd Self Dumping Hopper | 8/1/2012 |
| 368 | 8 10yd Front Load Cont. | 8/1/2012 |
| 369 | 4 15yd Roll Off Cont. | 8/1/2012 |
| 370 | 2 Marathon RJ250Sc 35yd Comp. | 8/15/2012 |
| 371 | 252 95 gal. Taters | 8/17/2012 |
| 372 | 12 4yd Front Load Cont | 8/30/2012 |
| 373 | 15 2yd Front Load Cont. | 8/30/2012 |
| 374 | 288 65 gal.Taters | 9/1/2012 |
| 375 | 4 20yd Open Top Cont. | 9/1/2012 |
| 376 | 7 2yd Front Load Cont. | 9/1/2012 |
| 377 | 4 2yd front Load Cont. | 9/1/2012 |
| 378 | 3 4yd Front Load cont. | 9/1/2012 |
| 379 | 2 10yd front Load Cont. | 9/1/2012 |
| 380 | 4 20yd Open Top Cont | 9/1/2012 |
| 381 | 2 2yd Front Load Cont. | 9/1/2012 |
| 382 | 22 2yd Front Load Cont. | 9/1/2012 |
| 383 | 95 gallon Toters | 10/1/2012 |
| 384 | 105 68 gallon Taters | 10/1/2012 |
| 385 | 12 2yd Front Load Lid | 10/1/2012 |
| 386 | 70 95gal. Taters | 10/1/2012 |
| 387 | 35 68 gal. Taters | 10/1/2012 |
| 388 | 4 15yd Roll Off Cont. | 10/1/2012 |

| # | Description | Date |
|---|---|---|
| 389 | 3 4yd Front Load slant | 1/1/2012 |
| 390 | 8yd front load slant | 1/1/2012 |
| 391 | 4 6yd High | 10/1/2012 |
| 392 | 100 68Gal Lids | 11/29/2012 |
| 393 | 100 95gal Lids | 11/29/2012 |
| 394 | 8 2yd Front Load | 12/20/2012 |
| 395 | 2 8yd Front Load | 12/20/2012 |
| 396 | 2012 Crane Carrier | 6/5/2013 |
| 397 | 15yd Compactor Pump | 9/17/2013 |
| 398 | 4 4yd Front Load | 2/11/2003 |
| 399 | 5 2yd Slant | 2/6/2013 |
| 400 | 16 2yd Front Load Slant | 3/1/2013 |
| 401 | 6 6yd Front Load | 3/1/2013 |
| 402 | 240 95 gallon Taters | 3/17/2013 |
| 403 | 243 95 Gallon Toters | 3/17/2013 |
| 404 | 4 42yd Used Compactor Boxes | 5/21/2013 |
| 405 | 1996 Strick Trailer | 5/21/2013 |
| 406 | 6 30yd open top rolloffs | 5/30/2013 |
| 407 | 6 15yd Open Top Rolloffs | 5/30/2013 |
| 408 | 6 Wastequip 20yd Containers | 5/30/2013 |
| 409 | 5 4yd Front Load | 6/1/2013 |
| 410 | 4 15yd Roll Off | 6/1/2013 |
| 411 | 4 15yd Roll Off | 6/1/2013 |
| 412 | 2 4yd Front Load | 6/1/2013 |
| 413 | 4 30yd Roll Off | 6/1/2013 |
| 414 | 9 2yd Front Load | 6/1/2013 |
| 415 | 4 30yd Roll Off | 6/6/2013 |
| 416 | 12 4yd Front Load | 6/11/2013 |
| 417 | 15 2yd front Load | 6/11/2013 |
| 418 | 4 30yd roll Off | 6/13/2013 |
| 419 | 4 4yd Front Load | 6/13/2013 |
| 420 | 3 6yd Front Load | 7/1/2013 |
| 421 | 2 2yd Front Load | 7/1/2013 |
| 422 | 200 95 Gallon Taters | 7/11/2013 |
| 423 | 4 4yd front Load | 7/16/2013 |
| 424 | 6 10yd Front Load | 7/18/2013 |
| 425 | 6 2yd Front Load | 7/18/2013 |
| 426 | 2 2yd F/L Compact ion Cont. | 7/19/2013 |
| 427 | 2 10yd Front Load | 7/29/2013 |
| 428 | 2 8yd Front Load | 7/29/2013 |
| 429 | 2 6yd Front Load | 7/29/2013 |
| 430 | 6 4yd Front Load | 7/29/2013 |
| 431 | 4 2yd Front Load | 7/29/2013 |
| 432 | 324 65 Gallon Taters w Lids | 8/1/2013 |
| 433 | 2 2yd Front Load | 8/13/2013 |
| 434 | 2 8yd Front Load | 8/13/2013 |
| 435 | 2 6yd Front Load | 8/13/2013 |
| 436 | 9 2yd Front Load | 8/13/2013 |
| 437 | 2 10yd Front Load | 8/13/2013 |
| 438 | 324 65 Gallon Taters w Lids | 8/15/2013 |
| 439 | 4 40yd Open Top Cont. | 8/23/2013 |
| 440 | 4 40yd Open Top | 8/23/2013 |
| 441 | 4 40yd Open Top | 8/26/2013 |
| 442 | 486 95 Gallon Recycling Taters | 9/1/2013 |
| 443 | 486 95 Gallon Recycling Toters | 9/1/2013 |
| 444 | 35yd Self Contained Compactor | 9/17/2013 |

| # | Description | Date |
|---|---|---|
| 445 | Used Containers - Fleetwood Disp | 9/27/2013 |
| 446 | 3 8yd Front Load | 9/30/2013 |
| 447 | 2 8yd Front Load | 9/30/2013 |
| 448 | 3 10yd Front Load | 9/30/2013 |
| 449 | 9 2yd Slant Containers | 9/30/2013 |
| 450 | 323 65 Gallon Taters | 10/1/2013 |
| 451 | 243 95 Gallon Taters | 10/1/2013 |
| 452 | 6 2yd Front Load | 11/1/2013 |
| 453 | 4S6 95 Gallon Taters | 11/5/2013 |
| 454 | 2 35yd S/C Compactors | 11/20/2013 |
| 455 | 486 95 gallon Toters | 12/9/2013 |
| 456 | 486 95 Gallon Taters | 12/9/2013 |
| 457 | 486 95 gallon Taters | 12/9/2013 |
| 458 | 648 65 Gallon Taters | 12/9/2013 |
| 459 | 648 65 Gallon Taters | 12/9/2013 |
| 460 | 648 65 gallon taters | 12/10/2013 |
| 461 | 648 65 gallon taters | 12/10/2013 |
| 462 | 486 95 Gallon Toters | 12/10/2013 |
| 463 | 486 95 gallon taters | 12/10/2013 |
| 464 | 486 95 Gallon toters | 12/11/2013 |
| 465 | 486 95 gallon Taters | 12/11/2013 |
| 466 | 648 65 Gallon Taters | 12/11/2013 |
| 467 | 648 65 gallon taters | 12/11/2013 |
| 468 | 648 65 gallon taters | 12/12/2013 |
| 469 | 648 65 Gallon Taters | 12/12/2013 |
| 470 | 486 95 gallon Toters | 12/12/2013 |
| 471 | 486 95 gallon Toters | 12/12/2013 |
| 472 | 486 95 gallon Toters | 12/12/2013 |
| 473 | 316 65 gallon Toters | 12/13/2013 |
| 474 | 486 95 gallon Taters | 12/13/2013 |
| 475 | 154 95 Gallon Taters | 12/13/2013 |
| 476 | 3 4yd Front Load Containers | 6/1/2013 |
| 477 | 5 AIO Single RFID Readers | 2/28/2014 |
| 478 | 13 AIO Single RFID Readers | 5/27/2014 |
| 479 | Presure Washer | 6/23/2014 |
| 480 | Snow Plow | 11/25/2014 |
| 481 | Containers | 3/31/2014 |
| 482 | Containers | 6/30/2014 |
| 483 | Various Trucks | 11/14/2003 |
| 484 | Various Equipment & Containers | 7/21/2006 |
| 485 | 42 2yd. front load cont. | 3/15/2011 |
| 486 | 4 2yd. front load cont. | 5/10/2011 |
| 487 | 18 4 yd. cont. | 6/20/2011 |
| 488 | 154 95 gal. toters | 6/21/2011 |
| 489 | 60 68gal. toters | 6/21/2011 |
| 490 | 100 95gal. toters | 6/21/2011 |
| 491 | 50 68gal. toters | 6/21/2011 |
| 492 | 9 2yd. front load cont. | 6/21/2011 |
| 493 | 26 2yd. front load cont. | 8/14/2011 |
| 494 | 3 4yd. cont. | 8/14/2011 |
| 495 | 3 10yd. cont. | 8/14/2011 |
| 496 | 18 2yd. standard cont. | 9/7/2011 |
| 497 | 12 4yd. slant front load cont. | 9/7/2011 |
| 498 | 20 4yd. front load | 3/17/2011 |
| 499 | 6 4yd. front load | 4/29/2011 |
| 500 | 50 60gal. toters | 5/23/2011 |

| # | Description | Date |
|---|---|---|
| 501 | 23 2yd. front load cont. | 6/20/2011 |
| 502 | Various cont. (OTTO Env.) | 8/29/2011 |
| 503 | 6yd front load compactor | 11/1/2011 |
| 504 | 6yd. front load compactor | 11/1/2011 |
| 505 | Containers (RPI) | 12/1/2011 |
| 506 | Residential Compactor | 12/29/2005 |
| 507 | 4 35yd. SC compactor | 2/14/2012 |
| 508 | 2 40yd. Roll Off Cont. | 5/1/2012 |
| 509 | 2 40yd. Roll Off Box | 5/1/2012 |
| 510 | Used Marathon Compactor | 6/14/2012 |
| 511 | 4 2yd Roto Read Load | 6/30/2012 |
| 512 | 4yd Roto Front Load | 6/30/2012 |
| 513 | 301 95 Gallon Toters | 6/30/2012 |
| 514 | 112 68 Gallon Toters | 6/30/2012 |
| 515 | 6 2yd Front Load w/p | 6/30/2012 |
| 516 | 3 2yd. FL2SL | 6/30/2012 |
| 517 | 18 2yd. Front Load (RPI) | 6/30/2012 |
| 518 | 10yd Front Load (RPI) | 6/30/2012 |
| 519 | 8 P-305S Tilt Trk | 6/30/2012 |
| 520 | 12 P-307S Tilt Trk | 6/30/2012 |
| 521 | 2 10yd. Front Load cont. | 6/30/2012 |
| 522 | 2 4yd. Front Load Cont. | 6/30/2012 |
| 523 | 6yd Front Load Cont. | 6/30/2012 |
| 524 | 4 4yd. Front Load | 6/30/2012 |
| 525 | 10yd Front Load | 6/30/2012 |
| 526 | 4 4yd. Front Load | 6/30/2012 |
| 527 | 8 2yd. Front Load | 6/30/2012 |
| 528 | 8 6yd front load | 6/30/2012 |
| 529 | Containers | 9/30/2014 |
| 530 | Containers | 12/31/2014 |
| 531 | Containers | 1/10/2014 |
| 532 | Fully Depreciated Office Equipment | 5/15/1986 |
| 533 | Konica Copier | 2/3/2000 |
| 534 | Office Furniture | 4/18/2000 |
| 535 | Office Equipment | 6/6/2000 |
| 536 | Workstations | 7/28/2000 |
| 537 | Video Camera | 12/18/2000 |
| 538 | Canon Copier | 5/14/2001 |
| 539 | (6) Compaq 17" Monitors | 10/2/2001 |
| 540 | Canon Copier | 5/2/2002 |
| 541 | Desk & Chair | 10/15/2002 |
| 542 | IBM A31 Thinkpad & Accessories | 11/21/2002 |
| 543 | IBM A31 Thinkpad & Accessories | 11/6/2003 |
| 544 | Infocus SVGA Projector Model LP | 3/11/2003 |
| 545 | Computer Equipment | 12/22/2003 |
| 546 | Canon Image Runner Photocopier | 5/20/2004 |
| 547 | Computer Equipment | 5/25/2004 |
| 548 | Computer Equipment | 7/8/2004 |
| 549 | Computer Equipment | 4/18/2005 |
| 550 | HP Office Jet 9110 Model | 4/18/2005 |
| 551 | Voice Mail Cable & Hookups | 1/1/2006 |
| 552 | Voice Mail System | 1/1/2006 |
| 553 | Canon Image Runner Photocopier | 6/29/2005 |
| 554 | Computer Equipment | 8/1/2005 |
| 555 | Computer Equipment | 12/28/2005 |
| 556 | Office Equipment (Capital One) | 1/24/2006 |

| # | Description | Date |
|---|---|---|
| 557 | 5 Modular Drawer Cabinet- Grain | 2/15/2006 |
| 558 | Refurbished Canon Laser Fax #U | 2/15/2006 |
| 559 | Refurbished Canon NP7130 Photo | 3/9/2006 |
| 560 | Laptop Computer- Best Buy | 3/27/2006 |
| 561 | Computer Equipment- Whaling Cit | 4/10/2006 |
| 562 | HP EVO CMT7600 P34/51/80 Mo | 7/6/2006 |
| 563 | HP Office Jet 7210 Model Q5560A | 7/6/2006 |
| 564 | 2007 Computers & Accessories | 6/3/2007 |
| 565 | Canon IR 3300 Digital Copier | 1/1/2008 |
| 566 | Dossier Software Platnum Edition | 6/1/2009 |
| 567 | 3 Station Folder Inserter | 1/14/2010 |
| 568 | Lenovo T420 | 3/1/2012 |
| 569 | Office Furniture (Sue) | 7/19/2012 |
| 570 | Hp ScanJet 7500 Scanner | 11/2/2012 |
| 571 | Lenovo m92p laptop | 6/30/2013 |
| 572 | HP LaserJet Pro M475DN | 6/30/2013 |
| 573 | Okidata Turbo Printer | 6/30/2013 |
| 574 | Lenovo Edge E531 Notebook | 9/7/2013 |
| 575 | Camera | 9/25/2013 |
| 576 | Lenovo H92P Computer | 11/1/2013 |
| 577 | Lenovo H92P Computer | 11/1/2013 |
| 578 | HP Laserjet M475dn | 11/1/2013 |
| 579 | Sonicwall Wireless Router | 12/12/2013 |
| 580 | Lenovo Helix Computer | 12/12/2013 |
| 581 | Office Equipment | 6/30/2014 |
| 582 | 3 HP Printers | 9/12/2014 |
| 583 | Lenovo M93p | 10/7/2014 |
| 584 | 3 HP Printers | 12/4/2014 |
| 585 | Lenovo M93p | 11/4/2014 |
| 586 | Leashold Improvement | 9/15/1982 |
| 587 | Storage Closets | 6/15/1991 |
| 588 | Improvement to Office | 1/15/1992 |
| 589 | Leashold Improvement | 3/15/1992 |
| 590 | Tiles & Carpet | 3/15/1992 |
| 591 | Wiring of Mike's Trailer | 7/1/2013 |
| 592 | Parking Lot paving | 6/30/2013 |
| 593 | Parking Lot Paving | 10/19/2013 |
| 594 | Land Improvements | 6/30/2014 |
| 623 | 1998 Wabash Aluminum Dry Van Trailer | 10/2/2015 |
| 624 | Engine for Truck #129 | 11/12/2015 |
| 625 | Transmission for Truck #22 | 11/16/2015 |
| 626 | Transmission for Truck #60 | 11/16/2015 |
| 627 | Repairs to Mack MR690500B391 | 12/8/2015 |
| 628 | Downpayment for 1999 John Deer Backhoe | 12/11/2015 |
| 629 | 2015 Labrie Expert 2000 Dual Helping Hand | 1/21/2015 |
| 630 | Fence that goes around truck shop | 4/7/2015 |
| 631 | 2006 International 4300 Box Truck | 1/22/2015 |
| 632 | Truck Claws/S&C Global Products | 12/29/2015 |
| 633 | 8-4yd. Front Load Containers | 10/1/2015 |
| 634 | 5-2yd. Front Load Containers | 10/1/2015 |
| 635 | 5-4yd Front Load Containers | 10/1/2015 |
| 636 | 4-4yd. Front Load Containers | 10/1/2015 |
| 637 | 486-95 Gallon Navy Blue Toters with Navy Blue Lids | 10/12/2015 |
| 638 | 486-95 Gallon Navy Blue Toters with Orange Lids | 11/30/2015 |
| 639 | HP M477fnw printer | 11/1/2015 |
| 640 | To record purchase | 3/3/2015 |

| | | |
|---|---|---|
| 641 | To record purchase | 3/3/2015 |
| 642 | To record purchase | 3/3/2015 |
| 643 | Sales tax for 1997 GMC Savana | 7/1/2015 |
| 644 | Sales tax for 2016 Mack | 7/1/2015 |
| 645 | Engine rebuild | 8/26/2015 |
| 646 | Repairs to Truck #100 | 9/1/2015 |
| 647 | Repairs to Mack Front Loader Packer | 9/18/2015 |
| 648 | To record repairs to Truck #20 Mack Front Loader | 9/18/2015 |
| 649 | 2-40yd Octagon s/n 50761,50763 | 1/9/2015 |
| 650 | 485-95 Gallon Navy Blue Toters with Orange Lids | 1/11/2015 |
| 651 | 684-65 Gallon Navy Blue Toters with Navy Blue Lids | 1/11/2015 |
| 652 | 3-4yd Front Load Containers | 1/30/2015 |
| 653 | 1-30yd Open Top Roof Roll Off Container | 2/9/2015 |
| 654 | 1-used Model PT3000 Self Contained Compactor | 2/13/2015 |
| 655 | 8-2yd Front Load Containers | 6/1/2015 |
| 656 | 486-95 Gallon Navy Blue Toters With Navy Blue Lids | 6/17/2015 |
| 657 | 486-95 Gallon Navy Blue Toters with Orange Lids | 6/17/2015 |
| 658 | Sales tax for 2001 Ford Ecovan | 7/1/2015 |
| 659 | Lenovo ThinkCentre M93p MTT Computer | 6/1/2015 |
| 660 | Lenovo ThinkCentre computer | 7/2/2015 |
| 661 | HP ScanJet 7500 Model | 9/2/2015 |
| 662 | 2-6yd Front Load Containers | 8/14/2015 |
| 663 | 2-6yd Front Load Containers | 8/14/2015 |
| 664 | 10-2yd Front Load Containers | 8/14/2015 |
| 665 | 3-4yd. Front Load Containers | 8/1/2015 |
| 666 | 1-8yd. Front Load Containers | 8/1/2015 |
| 667 | 16-2yd. Front Load Containers | 8/1/2015 |
| 668 | 8-8yd. Front Load | 8/1/2015 |
| 669 | 8-2yd. Front Containers | 8/1/2015 |
| 670 | 8-8yd. Front Load | 8/1/2015 |
| 671 | 8-2yd. Front Load | 8/1/2015 |
| 672 | 8-8yd. Front Load | 8/1/2015 |
| 673 | 8-2yd. Front Load | 8/1/2015 |
| 674 | 12-2yd. Front Load Containers | 8/1/2015 |
| 675 | 3-4yd. Front Load Containers | 8/1/2015 |
| 676 | 1-6yd. Front Load Container | 8/1/2015 |
| 677 | 10-2yd. Slant Containers | 8/1/2015 |
| 678 | 2-4yd. Front Load Containers | 8/1/2015 |
| 679 | 6-2yd. Front Load Containers | 1/30/2015 |
| 680 | 6-2yd. Front Load Containers | 1/30/2015 |
| 681 | 8-8yd. Front Load Slant Containers | 2/23/2015 |
| 682 | 6-4yd. Front Load Slant Containers | 2/23/2015 |
| 683 | 7-10yd. FL Containers | 3/1/2015 |
| 684 | 7-2yd. FL Containers | 3/1/2015 |
| 685 | 7-10yd. FL Containers | 3/1/2015 |
| 686 | 7-2yd. FL Containers | 3/1/2015 |
| 687 | 2-6yd. Front Load Containers | 4/17/2015 |
| 688 | 2-6yd. Front Load Containers | 4/17/2015 |
| 689 | 10-2yd. Front Load Containers | 4/27/2015 |
| 690 | 4-4yd. Front Load Containers | 4/27/2015 |
| 691 | 3-6yd. Front Load Containers | 4/27/2015 |
| 692 | Sales tax for 2015 Mack | 7/1/2015 |
| 693 | Sales tax for 2006 Intl 400 SER | 7/1/2015 |
| 694 | 6-2yd. Front Load Containers | 4/22/2015 |
| 695 | 8-8yd. Front Load Containers | 4/22/2015 |
| 696 | 12,298-95 Gallon Navy Blue Toters with Orange Lids | 1/12/2015 |

| | | | |
|---|---|---|---|
| 697 | | 11,758-65 Gallon Navy Blue Toters with Navy Blue Lids | 1/12/2015 |
| 698 | | Freight, UHF RFID Tag, Assembly and Distribution for 24,056 | 1/12/2015 |
| 699 | | HP Ultrium 920 tape drive | 5/1/2015 |
| 700 | | Lenovo ThinkCentre M93p SFF computer | 5/1/2015 |
| 701 | | Truck Claws/S&C Global Products | 12/29/2015 |
| 702 | D | 40 2yd. rear load cont. | 4/27/2011 |
| 703 | | 2015 Labrie Expert 2000 Dual Helping Hand | 1/1/2016 |
| 704 | | 2015 Labrie Wxpert 2000 Dual Helping Hand | 1/1/2016 |
| 705 | | 2015 Labrie Expert 2000 Dual Helping Hand | 1/1/2016 |
| 706 | | 2015 Mack LEU633 VIN#1M2AU14C9FM002572 | 1/1/2016 |
| 707 | | 2015 Mack LEU633 VIN#1M2AU14C0FM002573 | 1/1/2016 |
| 708 | | 2015 Mack LEU633 VIN#1M2AU14C2FM002574 | 1/1/2016 |
| 709 | | 2015 Mack LEU633 VIN#1M2AU14C4FM002575 | 1/1/2016 |
| 710 | D | 28 4yd. rear load cont. | 4/27/2011 |
| 711 | D | 68 6yd. rear load cont. | 4/27/2011 |
| 712 | D | 6 30yd open top rolloffs | 5/30/2013 |

| Fill in this information to identify the case: |
|---|

Debtor name   **ABC Disposal Service, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

Case number (if known)   **16-11787**

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.1 | **BMO Harris Bank, N.A.**<br>Creditor's Name<br><br>**c/o BMO Transportation Finance**<br>**300 E. John Carpenter Freeway**<br>**Irving, TX 75062**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**Asserted Lien in Approximately 8 of the Debtor's Vehicles**<br><br><br><br>**Describe the lien**<br><br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | **$3,700,000.00** | **Unknown** |
| | **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | | | |
| 2.2 | **Small Business Term Loans, Inc.**<br>Creditor's Name<br><br>**3301 North University Drive**<br>**Coral Springs, FL 33065**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**Asserted All Asset Lien**<br><br><br><br>**Describe the lien**<br><br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | **$1,600,000.00** | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | ABC Disposal Service, Inc. | | Case number (if know) | 16-11787 |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.3 | Webster Bank, N.A. | Describe debtor's property that is subject to a lien | $22,200,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**33 Jeremiah V. Sullivan Drive**
**Fall River, MA 02721**

Creditor's mailing address

**Asserted All Asset Lien**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $27,500,000.00 |
|---|---|---|

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **ABC Disposal Service, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

Case number (if known)   **16-11787**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**A-1 Tyre**<br>**P.O. Box 8163**<br>**Cranston, RI 02920** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $462.29 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |
| **3.2** | Nonpriority creditor's name and mailing address<br>**A/J Equipment Repair, Inc.**<br>**490 Centre Avenue**<br>**Abington, MA 02351** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $29,663.23 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Advance Air & Heat Company, Inc.**<br>**177 Bullock Road**<br>**East Freetown, MA 02717** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $671.12 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |
| **3.4** | Nonpriority creditor's name and mailing address<br>**All Green Roof Clean, LLC**<br>**P.O. Box 634**<br>**Fairhaven, MA 02719** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,848.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **ABC Disposal Service, Inc.** | | Case number (*if known*) | **16-11787** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,272.40** |
|---|---|---|---|

**Allan Smith CPA**
**Rt.18 76 Lakeside**
**Suite 100**
**Lakeville, MA 02347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,499.61** |
|---|---|---|---|

**Alliance Wireless Technologies, Inc.**
**9940 W Sam Houston Pkwy**
**Suite 330**
**Houston, TX 77099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$145.56** |
|---|---|---|---|

**Alves Chiropractic Center**
**2834 Acushnet Avenue**
**New Bedford, MA 02745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,400.00** |
|---|---|---|---|

**American Recycled Materials, Inc.**
**34 Prospect Street**
**Holliston, MA 01746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$340.00** |
|---|---|---|---|

**ANR Cleaning Service**
**P.O. Box 75**
**Norton, MA 02766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$314.00** |
|---|---|---|---|

**ARCO, Inc d.b.a Northern Electric**
**48-52 Wamsutta Street**
**New Bedford, MA 02740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$783.01** |
|---|---|---|---|

**Atlantic Recycling Equipment, LLC**
**P.O. Box 609**
**Rollinsford Road, NH 03869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ABC Disposal Service, Inc.** | | Case number (if known) | **16-11787** |
|---|---|---|---|---|
| | Name | | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$315.10**

**AVSG LP**
**C3 Shipway Place**
**Boston, MA 02129-4301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,956.64**

**Bailey's Diesel Repair**
**659 Oak Street**
**East Bridgewater, MA 02333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$298,442.96**

**Ballard Truck Center, Inc.**
**442 Southwest Cutoff**
**Worcester, MA 01604-2717**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$528.51**

**Barley Family Healthcare & Rehabilitatio**
**270 Huttleston Avenue**
**Fairhaven, MA 02719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,861.78**

**Beam Truck & Body, Inc.**
**433 Cumberland Hill Road**
**Woonsocket, RO 02895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00**

**Beth Israel Deaconess Hospital-Plymouth**
**P.O. Box 981007**
**Boston, MA 02298-1007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,650.00**

**Big Wheel Truck Sales, Inc.**
**42 QuanaP.O.ag Road**
**East Freetown, MA 02717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ABC Disposal Service, Inc.** | Case number (if known) | **16-11787** |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$975.00**

**Bob's Building Co.**
**936 Tradewind Street**
**New Bedford, MA 02740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$274.36**

**Bourassa Hardware, Inc.**
**1837 Acushnet Avenue**
**New Bedford, MA 02746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$631.16**

**Bristol Community College**
**777 Elsbree Street**
**Fall River, MA 02720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,335.11**

**Brookline Machine Co. Inc.**
**333 Waterman Avenue**
**East Providence, RI 02914-2699**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$199,848.45**

**Bruno's Rolloff, Inc.**
**P.O. Box 5028**
**Vineyard Haven, MA 02568**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$455.00**

**Buddy's Auto&Truck (MV) Repair Inc**
**P.O. Box 1725**
**Oak Bluffs, MA 02557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,483.22**

**Camerota Truck Parts**
**P.O. Box 1134**
**Enfield, CT 06083-1134**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ABC Disposal Service, Inc.** | | Case number (if known) | **16-11787** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $380.60 |
|---|---|---|---|

**Cape Cod Times**
P.O. Box 223532
Pittsburgh, PA 15251-2532

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $370.45 |
|---|---|---|---|

**Cape Medical Supply Inc.**
28 Jan Sebastian Drive
Sandwich, MA 02563-2361

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,157.90 |
|---|---|---|---|

**Casella Recycling**
P.O. Box 1364
Williston, VT 05495

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,115.50 |
|---|---|---|---|

**Casella Waste Systems, Inc - HS**
P.O. Box 1372
Williston, VT 05495-1372

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,991.95 |
|---|---|---|---|

**Cavossa Disposal Corporation**
210 Nathan Ellis Highway
East Falmouth, MA 02536

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Central Mass. Disp/Allied Waste**
P.O. Box 9001099
Louisville, KY 40290-1099

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $471.75 |
|---|---|---|---|

**Central Systems Co. Inc.**
865 Bedford Street
Bridgewater, MA 02324

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **ABC Disposal Service, Inc.** | | Case number (if known) | **16-11787** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159.50 |
|---|---|---|---|

**Century Foodservice, Inc.**
**107 South Main Street**
**Acushnet, MA 02743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**CGS Equipment Co.**
**32 High Street**
**Bellingham, MA 02019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,371.43 |
|---|---|---|---|

**Chappaquiddick Ferry, Inc.**
**P.O. Box 1917**
**Edgartown, MA 02539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,240.78 |
|---|---|---|---|

**Charles George Companies, Inc.(ASAP)**
**P.O. Box 857**
**Londonderry, NH 03053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,779.39 |
|---|---|---|---|

**City of New Bedford -Personal Property**
**P.O. Box 967**
**New Bedford, MA 02741-0967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.43 |
|---|---|---|---|

**City of New Bedford-water/sewer**
**P.O. Box 844551**
**Boston, MA 02284-4551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $191,586.91 |
|---|---|---|---|

**Clean Energy**
**P.O. Box 678208**
**Dallas, TX 75267-8208**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ABC Disposal Service, Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | **16-11787** |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,575.92** |
|---|---|---|---|
| | **Clean Rentals, Inc.**<br>**P.O. Box 63070**<br>**New Bedford, MA 02746** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$320.00** |
|---|---|---|---|
| | **Clear Sound Communications**<br>**916 Maplewood Street**<br>**New  Bedford, MA 02745-3311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,802.50** |
|---|---|---|---|
| | **CliftonLarsonAllen LLP**<br>**700 Pleasant Street**<br>**3rd Floor**<br>**New Bedford, MA 02740-6254** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58.69** |
|---|---|---|---|
| | **Coaching Systems, LLC**<br>**170 Mountain Road**<br>**Ringoes, NJ 08551-1401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$74.06** |
|---|---|---|---|
| | **Cody & Tobin, Inc.**<br>**516 Belleville Avenue**<br>**P.O. Box 61073**<br>**New Bedford, MA 02746-0073** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$985.11** |
|---|---|---|---|
| | **Comcast 8773102910817636**<br>**P.O. Box 1577**<br>**Newark, NJ 07101-1577** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$476.41** |
|---|---|---|---|
| | **Comcast Business-914577842**<br>**P.O. Box 37601**<br>**Philadelphia, PA 19101-0601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **ABC Disposal Service, Inc.** | Case number (if known) | **16-11787** |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$135.00** |
|---|---|---|---|

**Compactor & Baler Services**
P.O. Box 3294
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,295.78** |
|---|---|---|---|

**Complete Car Care**
475 Church Street
New Bedford, MA 02745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Complete Disposal Co.,Inc**
P.O. Box 1418
Westfield, MA 01086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63,384.11** |
|---|---|---|---|

**Continental Tire The Americas, LLC**
P.O. Box 60049
Charlotte, NC 28260-0049

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$130.17** |
|---|---|---|---|

**Copier Resource, Inc.**
68 South Main Street
P.O. Box 805
Assonet, MA 02702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,114.00** |
|---|---|---|---|

**Covanta Energy--BR**
P.O. Box 28893
New York, NY 02050

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,353.65** |
|---|---|---|---|

**Covanta Energy--HOLLI**
P.O. Box 28893
New York, NY 10087-8893

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ABC Disposal Service, Inc.** | Case number (if known) | **16-11787** |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $313.69 |
|---|---|---|---|

**Cramaro Tarpaulin Systems, Inc.**
**52 Southwest Cutoff**
**Northborough, MA 01532**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $848.24 |
|---|---|---|---|

**Crystal Rock LLC**
**P.O. Box 10028**
**Waterbury, CT 06725-0028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,393.48 |
|---|---|---|---|

**Cummins Northeast LLC**
**P.O. Box 845326**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**CWM Retirement Plan Services, LLC**
**11 Foster Steet**
**Suite 200**
**Worcester, MA 01608**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310.30 |
|---|---|---|---|

**CWPM,LLC**
**P.O. Box 415**
**Plainville, CT 06320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Cyclone Cleaning Services**
**1172 Old Plainville Road**
**New Bedford, MA 02745**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,821.58 |
|---|---|---|---|

**Cynoco**
**1771 Washington Street**
**P.O. Box 0119**
**Stoughton, MA 02072-0119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ABC Disposal Service, Inc.** | | Case number (if known) | **16-11787** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**D&W Diesel, Inc**
**1503 ClarkSt Road**
**Auburn, MA 13021-9593**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $365.00 |
|---|---|---|---|

**Dartmouth Tire, Inc.**
**400 Dartmouth Street**
**New Bedford, MA 02740**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,806.77 |
|---|---|---|---|

**Delta Dental Plan of Mass.**
**P.O. Box 415566**
**Boston, MA 02241-5566**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,404.02 |
|---|---|---|---|

**Dennison Lubricants, Inc.**
**111 Rhode Island Road**
**Lakeville, MA 02347**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,859.89 |
|---|---|---|---|

**Dex Media 100400129937/660021492**
**P.O. Box 619009**
**DFW Airport, TX 75261-9009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.51 |
|---|---|---|---|

**Dex Media 360000579298/74008340**
**P.O. Box 619009**
**Attn: Acct Receivable Dept**
**DFW Airport, TX 75261-9009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,243.68 |
|---|---|---|---|

**E O M S Recycling, Inc.**
**P.O. Box 3608**
**Brockton, MA 02304-3608**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ABC Disposal Service, Inc.** | Case number (if known) | **16-11787** |
|---|---|---|---|
| | Name | | |

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,117.90 |
|---|---|---|---|

**E.L. Harvey & Sons, Inc.**
**68 Hopkinton Road Route 135**
**Westboro, MA 01581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,248.40 |
|---|---|---|---|

**East Coast Containers**
**211 Brookside Road**
**Waterbury, CT 06708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $985.00 |
|---|---|---|---|

**East Coast Electronics Recycling**
**P.O. Box 398**
**Lakewood, NJ 08701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,680.00 |
|---|---|---|---|

**Eastern Insurance Group**
**233 West Central Street**
**Attn: Bonnie McCarthy**
**Natick, MA 01760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**Electronic Security Systems, LLC**
**P.O. Box 1122**
**Edgartown, MA 02539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,097.32 |
|---|---|---|---|

**EMC Insurance Companies**
**P.O. Box 712**
**Des Moines, IA 50306-0712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,144.50 |
|---|---|---|---|

**F & B Rubberized, Inc.**
**P.O. Box 4088**
**New Bedford, MA 02740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **ABC Disposal Service, Inc.** | | Case number (if known) | **16-11787** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.77 |
|---|---|---|---|

**F.W. Webb Company**
**160 Middlesex Turnpike**
**Bedford, MA 01730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $536.00 |
|---|---|---|---|

**Fall River Area Chamber of Comm&Industry**
**200 P.O.casset Street**
**Fall River, MA 02721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195,270.41 |
|---|---|---|---|

**Fall River Transfer Station**
**P.O. Box 842003**
**Dallas, TX 75284-2003**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56.00 |
|---|---|---|---|

**Fastenal Company**
**P.O. Box 1286**
**Winona, MN 55987-1286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,334.28 |
|---|---|---|---|

**Finishmaster**
**196 Bedford Street**
**Fall River, MA 02720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,691.34 |
|---|---|---|---|

**First Ford, Inc.**
**292 WM. S. Canning Blvd**
**Fall River, MA 02721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,124.99 |
|---|---|---|---|

**Flaming River Industries, Inc**
**800 P.O.ertner Drive**
**Dr Berea, OH 44017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **ABC Disposal Service, Inc.**
Name

Case number (if known)    **16-11787**

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,713.29** |
|------|-----|-----|-----|

**FleetPride**
**P.O. Box 281811**
**Atlanta, GA 30384-1811**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,440.00** |
|------|-----|-----|-----|

**Flynn Pest Control, Inc.**
**32 Anawan Street**
**Rehoboth, MA 02769**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,140.98** |
|------|-----|-----|-----|

**Fortin Electrical Contractors**
**3057 Acushnet Avenue**
**Unit F**
**New Bedford, MA 02745**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$225.00** |
|------|-----|-----|-----|

**G. Lopes Construction, Inc.**
**490 Winthrop Street**
**Taunton, MA 02780**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,231.43** |
|------|-----|-----|-----|

**General Supply & Metals, Inc.**
**47 Nauset Street**
**New Bedford, MA 02746**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,018.27** |
|------|-----|-----|-----|

**Glaser Glass Corp.**
**1265 Purchase Street**
**New Bedford, MA 02740-6636**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,313.06** |
|------|-----|-----|-----|

**Goyette's Inc.**
**1260 Shawmut Avenue**
**New Bedford, MA 02746**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **ABC Disposal Service, Inc.** | | Case number (if known) | **16-11787** |
|---|---|---|---|---|
| | Name | | | |

---

**3.89** | Nonpriority creditor's name and mailing address

**Greater New Bedford PT**
**2834 Acushnet Avenue**
**New Bedford, MA 02745**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$691.39**

---

**3.90** | Nonpriority creditor's name and mailing address

**Griggs & Browne**
**203 Main Steet**
**BuzzaRoads Bay, MA 02532-3255**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.91** | Nonpriority creditor's name and mailing address

**Gushue Law**
**868 Ashley BoulevaRoad**
**New Bedford, MA 02745**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$28,963.00**

---

**3.92** | Nonpriority creditor's name and mailing address

**H.N. Hinckley & Sons, Inc.--MV**
**61 Beach Road**
**P.O. Box 578**
**Vineyard Haven, MA 02569**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$216.02**

---

**3.93** | Nonpriority creditor's name and mailing address

**Hale Trailer Brake & Wheel, Inc.**
**P.O. Box 1400**
**Voorhees, NJ 08043**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,230.53**

---

**3.94** | Nonpriority creditor's name and mailing address

**Harbor Hydraulics & Machine, Inc.**
**P.O. Box 307**
**Fairhaven, MA 02719**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$90.22**

---

**3.95** | Nonpriority creditor's name and mailing address

**Health Connector**
**P.O. Box 970063**
**Boston, MA 02297-0063**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$432.07**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **ABC Disposal Service, Inc.** | Case number (if known) | **16-11787** |
|---|---|---|---|
| | Name | | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,574.61 |
|---|---|---|---|

**Health Plans, Inc. - Claims**
P.O. Box 5199
Westborough, MA 01581-5199

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,085.07 |
|---|---|---|---|

**Health Plans, Inc. - Premium**
P.O. Box 5199
Westborough, MA 01581-5199

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,264.13 |
|---|---|---|---|

**Heather Vieira**
24 Running Deer Road
North Dartmouth, MA 02747

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,198.58 |
|---|---|---|---|

**hibu Inc. (Yellowbook Inc.)**
P.O. Box 11815
Newark, NJ 07101-8115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $471.58 |
|---|---|---|---|

**HireRight, LLC**
P.O. Box 847891
Dallas, TX 75284-7891

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Hiway Recovery, Inc.**
P.O. Box 704
Upton, MA 01568

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,937.21 |
|---|---|---|---|

**Holtz Industries, Inc.**
200 S Terrace Court
Newark, OH 43055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **ABC Disposal Service, Inc.** | | | Case number (*if known*) | **16-11787** |
|---|---|---|---|---|---|
| | Name | | | | |

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69.99 |
|---|---|---|---|

**HRdirect**
P.O. Box 451179
Sunrise, FL 33345

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,945.39 |
|---|---|---|---|

**Industrial Communications&Electronics In**
P.O. Box 845777
Boston, MA 02284-5777

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,401.28 |
|---|---|---|---|

**Ingersoll Rand Company**
15768 Collections Center Drive
Chicago, IL 60693

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $714.00 |
|---|---|---|---|

**International Parallel Machines, Inc.**
50 Conduit Street
New Bedford, MA 02740

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,744.20 |
|---|---|---|---|

**Iron Mountain**
P.O. Box 27128
New York, NY 10087-7128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $270.00 |
|---|---|---|---|

**Island Rubbish Service, Inc.**
8 Swinburne Street
Jamestown, RI 02835

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $402.79 |
|---|---|---|---|

**Island Source MV**
10 North Line Road
Edgartown, MA 02539

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ABC Disposal Service, Inc.** | Case number (if known) | **16-11787** |
|---|---|---|---|
| | Name | | |

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,320.00** |
|---|---|---|---|

**J M Equipment Company, Inc.**
**65 Chace Road**
**P.O. Box 702**
**East Freetown, MA 02717-0702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$733.06** |
|---|---|---|---|

**J.J. Keller & Associates, Inc.**
**P.O. Box 6609**
**Carol Stream, IL 60197-6609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$73,505.79** |
|---|---|---|---|

**J.R.M. Hauling & Recycling**
**265 Newbury Street**
**Peabody, MA 01960-1315**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,851.39** |
|---|---|---|---|

**Jack Young Company**
**354 Cambridge Street**
**Allston, MA 02134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,549.61** |
|---|---|---|---|

**Jackson Lewis LLP**
**One North Broadway**
**White Plains, NY 10601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,459.12** |
|---|---|---|---|

**James J. Long, Inc.**
**519 American Legion Highway**
**Westport, MA 02790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$782.81** |
|---|---|---|---|

**Joe's Gas**
**277 Nash Road**
**New Bedford, MA 02746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ABC Disposal Service, Inc.** | Case number (if known) | **16-11787** |
|---|---|---|---|
| | Name | | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425.41 |
|---|---|---|---|

**John Keene Excavation, Inc.**
P.O. Box 563
West Tisbury, MA 02575

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,736.69 |
|---|---|---|---|

**JWL Transport, LLC**
12 Washington Avenue
P.O. Box 995
Oak Bluffs, MA 02557

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,972.41 |
|---|---|---|---|

**King Fisher Corp.**
54 Precinct Street
Lakeville, MA 02347

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $302.82 |
|---|---|---|---|

**L.H. Boulanger & Son**
54 Belleville Road
New Bedford, MA 02745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $337.92 |
|---|---|---|---|

**Labor Ready Northeast, Inc.**
P.O. Box 820145
Philadelphia, PA 19182-0145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $907.36 |
|---|---|---|---|

**LaCava Brothers, Inc.**
1262 Bedford Street
Fall River, MA 02723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.64 |
|---|---|---|---|

**Lawson Products**
2689 Paysphere Circle
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **ABC Disposal Service, Inc.** | Case number (if known) | **16-11787** |
|---|---|---|---|
| | Name | | |

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,376.08** |
|---|---|---|---|

**LCA Bank Corporation**
**3150 Livernois Road**
**Suite 300**
**Troy, MI 48083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,975.65** |
|---|---|---|---|

**Lech Garage & Auto Body Shop, Inc.**
**103 North Front Street**
**New Bedford, MA 02740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,160.00** |
|---|---|---|---|

**Lewicki & Sons Excavating**
**15 Wilmarth Lane**
**Plainville, MA 02762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,500.00** |
|---|---|---|---|

**LGC&D LLP**
**10 Weybosset Street**
**Suite 700**
**Providence, RI 02903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,181.47** |
|---|---|---|---|

**Liberty Auto Parts II, Inc.**
**2 Main Street**
**Acushnet, MA 02743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$572.26** |
|---|---|---|---|

**Lickity Split Logs**
**P.O. Box 507**
**Chilmark, MA 02535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$99,254.74** |
|---|---|---|---|

**Link Environmental**
**P.O. Box 17100**
**Smithfield, RI 02917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **ABC Disposal Service, Inc.** | Case number (if known) | **16-11787** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $688.00 |
| | **Little Wolf Inc.** | ☐ Contingent | |
| | **P.O. Box 217** | ☐ Unliquidated | |
| | **Westport, MA 02790** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $525.00 |
| | **Liturgical Publications, Inc.** | ☐ Contingent | |
| | **5 Progress Drive** | ☐ Unliquidated | |
| | **Cromwell, CT 06416-1096** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $487.50 |
| | **Lombard's Waste Service, Inc.** | ☐ Contingent | |
| | **P.O. Box 957** | ☐ Unliquidated | |
| | **Plymouth, MA 02362** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,685.27 |
| | **Long Plain Service** | ☐ Contingent | |
| | **1142 Main Street** | ☐ Unliquidated | |
| | **Acushnet, MA 02743** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.00 |
| | **M.A.G. Irrigation, Inc.** | ☐ Contingent | |
| | **123 County Road** | ☐ Unliquidated | |
| | **East Freetown, MA 02717-1611** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $335.00 |
| | **MAACO Collision Repair & Auto Painting** | ☐ Contingent | |
| | **49 P.O.tomska Street** | ☐ Unliquidated | |
| | **New Bedford, MA 02740** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,511.52 |
| | **Maguire Equipment, Inc.** | ☐ Contingent | |
| | **P.O. Box 13** | ☐ Unliquidated | |
| | **Hyde Park, MA 02137** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **ABC Disposal Service, Inc.** | Case number *(if known)* | **16-11787** |
|---|---|---|---|
| | Name | | |

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,662.97** |
|---|---|---|---|

**MAILFINANCE**
25881 Network Place
Chicago, IL 60673-1258

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,924.05** |
|---|---|---|---|

**Mainline Paint Mfg. Co.**
768 Main Street
Pawtucket, RI 02860

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$319.00** |
|---|---|---|---|

**Martha's Vineyard Chamber of Commerce**
P.O. Box 1698
Vineyard Haven, MA 02568

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00** |
|---|---|---|---|

**Martha's Vineyard Home Technologies, Inc**
654 State Road
Vineyard Haven, MA 02568

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62.07** |
|---|---|---|---|

**Martha's Vineyard Times**
P.O. Box 518
Vineyard Haven, MA 02568-0518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$822.62** |
|---|---|---|---|

**Massachusetts VSP**
P.O. Box 742479
Los Angeles, CA 90074-2479

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,312.41** |
|---|---|---|---|

**Massachusetts Waste System, Inc**
300 Centre Street
Holbrook, MA 02343

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ◼ No ☐ Yes

---

| Debtor | **ABC Disposal Service, Inc.** | Case number (if known) | **16-11787** |
|---|---|---|---|
| | Name | | |

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$758.25** |
|---|---|---|---|

**Materials Management Group**
**17 Spruce Street**
**Framingham, MA 60197-6609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$522.59** |
|---|---|---|---|

**McDevitt Trucks, Inc.**
**P.O. Box 4640**
**Manchester, NH 03108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,020.71** |
|---|---|---|---|

**Mega Truck & Trailer Repair**
**P.O. Box 70**
**Seekonk, MA 02771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,578.19** |
|---|---|---|---|

**Mid City Steel**
**546 State Road**
**P.O. Box 820**
**Westport, MA 02790-0157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,799.26** |
|---|---|---|---|

**Mid-City Auto Parts**
**212 Emerson Street**
**New Bedford, MA 02740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**MKM Fire Technologies Inc**
**2 Taber Street**
**Fairhaven, MA 02719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$909.50** |
|---|---|---|---|

**Monaghan Printing Company**
**59 Alden Road**
**Fairhaven, MA 02719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **ABC Disposal Service, Inc.** | | Case number (if known) | **16-11787** |
|---|---|---|---|---|
| | Name | | | |

---

**3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00**

**Mr. Cesspool, LLC**
**900 Middle Road**
**Acushnet, MA 02743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,097.50**

**MTG Disposal**
**P.O. Box 70**
**Seekonk, MA 02771**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,262.23**

**MV Autoworks**
**P.O. Box 4682**
**Vineyard Haven, MA 02568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,193.52**

**Myers Tire Supply**
**24377 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00**

**N.B. Area Chamber of Commerce**
**794 Purchase Street**
**P.O. Box 8827**
**New Bedford, MA 02742-8827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,195.47**

**Nauset Disposal Inc**
**P .O. Box 826**
**Orleans, MA 02653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**NBWS**
**P.O. Box 50934**
**New Bedford, MA 02746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ABC Disposal Service, Inc.** | Case number (if known) | **16-11787** |
|---|---|---|---|
| | Name | | |

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$668.10** |
|---|---|---|---|

**Neopost Northeast / New England**
**30 Batterson Park Road**
**Suite 100**
**Farmington, CT 06032**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$390.00** |
|---|---|---|---|

**New Bedford District Court**
**75 North Sixth Street**
**New Bedford, MA 02740**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,644.72** |
|---|---|---|---|

**New Bedford Welding Supply, Inc.**
**P.O. Box 951**
**New Bedford, MA 02741-0951**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,013.12** |
|---|---|---|---|

**New Bedford Wire & Iron Work, Inc.**
**21 Beetle Street**
**New Bedford, MA 02746**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,798.43** |
|---|---|---|---|

**North Eastern Trawl, LLC**
**404 Nash Road**
**Building F**
**New Bedford, MA 02746**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Nutrient Networks**
**24 Stenton Avenue**
**Apartment 102**
**Providence, RI 02906**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$534.85** |
|---|---|---|---|

**Olivier & Sons, Inc.**
**479 Mount Pleasant Street**
**New Bedford, MA 02746**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **ABC Disposal Service, Inc.** | | Case number (if known) | **16-11787** |
|---|---|---|---|---|
| | Name | | | |

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,207.00 |
|---|---|---|---|

**On-Site Truck Inspections Inc.**
P.O. Box 1833
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,520.56 |
|---|---|---|---|

**P.A. Landers, Inc.**
P.O. Box 217
Hanover, MA 02339

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,055.00 |
|---|---|---|---|

**Partridge Snow & Hahn. LLP**
40 West Minster Street
Suite #1100
Providence, RI 02903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,033.07 |
|---|---|---|---|

**Patriot Disposal Company**
2208 Plainfield Pike
Johnston, RI 02919

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $192.00 |
|---|---|---|---|

**Paul's Systems, Inc**
739 Ashley Blvd
New Bedford, MA 02745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,854.21 |
|---|---|---|---|

**Pete's Tire Barn Inc**
275 East Main Street
Orange, MA 01364

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115.00 |
|---|---|---|---|

**Pine Hill Gas & Convenience**
929 Pine Hill Road
Westport, MA 02790

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ABC Disposal Service, Inc.** | Case number *(if known)* | **16-11787** |
|---|---|---|---|
| | Name | | |

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$255.00** |
|---|---|---|---|

**Points North**
371 Canal Park Drive
Suite 210
Duluth, MN 55802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,908.39** |
|---|---|---|---|

**Quality Fastener Products**
276 Boston Turnpike
Shrewsbury, MA 01545

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,579.00** |
|---|---|---|---|

**Quality Oil #215910**
P.O. Box 50009
New Bedford, MA 02745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,874.40** |
|---|---|---|---|

**Quality Oil #318686**
P.O. Box 50009
New Bedford, MA 02745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$365.95** |
|---|---|---|---|

**R & B Supply Co., Inc.**
P.O. Box 10367
Van Nuys, CA 91410-0367

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,531.00** |
|---|---|---|---|

**R J Souto Disposal Inc (Trash Removal)**
P.O. Box 5
Seekonk, MA 02771

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44,897.71** |
|---|---|---|---|

**R.M. Packer Co., Inc.**
P.O. Box 308
Tisbury, MA 02568

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **ABC Disposal Service, Inc.** | | Case number (if known) | **16-11787** |
|---|---|---|---|---|
| | Name | | | |

---

**3.180** | Nonpriority creditor's name and mailing address

**Radiology Assoc of Greater N.B.,Inc.**
**2527 Cranberry Highway**
**Wareham, MA 02571-1046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$143.00**

---

**3.181** | Nonpriority creditor's name and mailing address

**Rapid Rooter, Inc.**
**P.O. Box 51361**
**New Bedford, MA 02745**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$125.00**

---

**3.182** | Nonpriority creditor's name and mailing address

**Ray's of New Bedford**
**1001 Ashley BoulevaRoad**
**New Bedford, MA 02745**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$40.00**

---

**3.183** | Nonpriority creditor's name and mailing address

**ReEnergy Recycling Operations LLC**
**30 Century Hill Drive**
**Suite 101**
**Latham, NY 12110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$414.73**

---

**3.184** | Nonpriority creditor's name and mailing address

**Rehrig Pacific Company**
**P.O. Box 514457**
**Los Angeles, CA 90051-4457**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$178,431.05**

---

**3.185** | Nonpriority creditor's name and mailing address

**RI Resource Recovery**
**P.O. Box 847475**
**Boston, MA 02284-7475**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$20,603.09**

---

**3.186** | Nonpriority creditor's name and mailing address

**Roland's Tire Service, Inc.**
**11 Howland Road**
**Fairhaven, MA 02719**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$2,706.02**

---

| Debtor | **ABC Disposal Service, Inc.** | Case number (if known) | **16-11787** |
|---|---|---|---|
| | Name | | |

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,135.24 |
|---|---|---|---|

**S A V Transportation**
**2403 Cranberry Highway**
**Wareham, MA 02571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,766.21 |
|---|---|---|---|

**Sanitary Equipment Co., Inc.**
**25 Industry Drive**
**P.O. Box 26006**
**West Haven, CT 06516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Service Tire Truck Centers, Inc.**
**2255 Avenue A**
**Bethlehem, PA 18017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,540.51 |
|---|---|---|---|

**Shuster Corporation**
**55 Samuel Barnet Blvd.**
**New Bedford, MA 02745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,131.19 |
|---|---|---|---|

**SITEC Enviromental, Inc.**
**769 Plain Street**
**Unit C**
**Marshfield, MA 02050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187.00 |
|---|---|---|---|

**Snap-on Tools/Bono**
**95 Charles Street**
**Attn: Steven Bon**
**Whitman, MA 02382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233.75 |
|---|---|---|---|

**Snap-On Tools/Gambuto**
**125 Newell Avenue**
**Attn: Michael Gambuto**
**Pawtucket, RI 02860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **ABC Disposal Service, Inc.** | | Case number (if known) | **16-11787** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153.70 |
|---|---|---|---|

**Southcoast Hospitals Group**
P.O. Box 11357
Boston, MA 02211-1357

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,386.00 |
|---|---|---|---|

**Southcoast Media Group**
25 Elm Street
New Bedford, MA 02740

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,421.49 |
|---|---|---|---|

**Southeastern Fire Equipment, Inc.**
558 Mount Pleasant Street
New Bedford, MA 02790

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $295.00 |
|---|---|---|---|

**SouthShore Disposal Inc**
P.O. Box 214
Plympton, MA 02367

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $788.76 |
|---|---|---|---|

**Sowle the Florist, Inc.**
249 Ashley BoulevaRoad
New Bedford, MA 02746

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $244.40 |
|---|---|---|---|

**Standard Times**
25 Elm Street
P.O. Box 5912
New Bedford, MA 02742

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,160.23 |
|---|---|---|---|

**Steritech, Inc**
P.O. Box 472127
Charlotte, NC 28247-2127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ABC Disposal Service, Inc.** | Case number *(if known)* | **16-11787** |
|---|---|---|---|
| | Name | | |

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,145.85 |
|---|---|---|---|

**Steve's Truck Tire**
P.O. Box 774
Fairhaven, MA 02719

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180.69 |
|---|---|---|---|

**Steward Medical Group, Inc.**
P.O. Box 9657
Belfast, ME 04915-9657

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $433.89 |
|---|---|---|---|

**StoneRiver Pharmacy Solutions**
P.O. Box 504591
St Louis, MO 63150-4591

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $404.00 |
|---|---|---|---|

**Taunton Area Chamber of Commerce**
6 Pleasant Street
Suite A
Taunton, MA 02780

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $133.31 |
|---|---|---|---|

**Teamwork Physical Therapy**
65 Long P.O.nd Road
Plymouth, MA 02360-2670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $421.50 |
|---|---|---|---|

**The Gallery Collection**
P.O. Box 360
Ridgefield Park, NJ 07660-0360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $791.70 |
|---|---|---|---|

**The Hauler Magazine**
P.O. Box 508
New Hope, PA 18938

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ABC Disposal Service, Inc.** | | Case number (if known) | **16-11787** |
| | Name | | | |

---

**3.208** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00**

**The Insurance Advisory, LLC**
**P.O. Box 920047**
**Needham, MA 02492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.209** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$153.18**

**The Label Group**
**580 St James Avenue**
**Springfield, MA 01109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.210** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$363.04**

**The Paint Project, Inc.**
**71 West Street**
**Medfield, MA 02052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$536.68**

**The Standard Fire Insurance Company**
**PO Box 660339**
**Dallas, TX 75266-0339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$325.00**

**The United Regional Chamber of Commerce**
**42 Union Street**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$350.00**

**Tifereth Israel Congregation**
**145 Brownell Avenue**
**New Bedford, MA 02740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.214** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$803.06**

**Tisbury Shell**
**P.O. Box 758**
**Vineyard Haven, MA 02568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **ABC Disposal Service, Inc.** | Case number (if known) | **16-11787** |
|---|---|---|---|
| | Name | | |

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,318.00** |
|---|---|---|---|

**Town of Bourne**
**24 Perry Avenue**
**Buzzards Bay, MA 02532**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,971.38** |
|---|---|---|---|

**Town of Carver**
**108 Main Street**
**Carver, MA 02330**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$112,849.50** |
|---|---|---|---|

**Town of Fairhaven**
**40 Center Street**
**Fairhaven, MA 02719**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Town of Plainville**
**142 South Street**
**P.O. Box 1717**
**Plainville, MA 02762**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,068.20** |
|---|---|---|---|

**Town of Wareham**
**54 Marion Road**
**Wareham, MA 02571**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$325.00** |
|---|---|---|---|

**Trahan's Trees & Shrubs Inc.**
**One Pine Circle**
**East Freetown, MA 02717-1628**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,600.00** |
|---|---|---|---|

**Tripps Dairy Farm**
**513 HixBridge Road.**
**Westport, MA 02790**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ABC Disposal Service, Inc.** | Case number (if known) | **16-11787** |
|---|---|---|---|
| | Name | | |

---

**3.222**

**Nonpriority creditor's name and mailing address**

**Troupe Waste Services Inc**
**1477 Bedford Street**
**Abington, MA 02351**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$855.00**

---

**3.223**

**Nonpriority creditor's name and mailing address**

**Truck Claws/S&C Global Products**
**10363 Piper Lane**
**Manassas, VA 20110-2053**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,607.40**

---

**3.224**

**Nonpriority creditor's name and mailing address**

**UMDF**
**285 Old WestP.O.rt Road**
**North Dartmouth, MA 02747**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.225**

**Nonpriority creditor's name and mailing address**

**United Parcel Service-#81V**
**P.O. Box 7247-0244**
**Philadelphia, PA 19170-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$215.18**

---

**3.226**

**Nonpriority creditor's name and mailing address**

**UNUM Life Insurance Company of America**
**P.O. Box 406990**
**Atlanta, GA 30384-6990**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5,441.69**

---

**3.227**

**Nonpriority creditor's name and mailing address**

**USA Mobile Drug Testing of Grtr Brockton**
**20 Roche Bros Way**
**Suite 6-221**
**North Easton, MA 02356-1030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,113.60**

---

**3.228**

**Nonpriority creditor's name and mailing address**

**Verizon  617-815- 0576**
**P.O. Box 15124**
**Albany, NY 12212-5124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$739.24**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **ABC Disposal Service, Inc.** | Case number (if known) | **16-11787** |
|---|---|---|---|
| | Name | | |

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$209.38** |
|---|---|---|---|

**Verizon 508-993-5090-G**
P.O. Box 15124
Albany, NY 12212-5124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,194.06** |
|---|---|---|---|

**Verizon Wireless (242042555-00003)**
P.O. Box 15062
Albany, NY 12212-5062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$554.45** |
|---|---|---|---|

**Verizon Wireless(242042555-00001)**
P.O. Box 15062
Albany, NY 12212-5062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58.37** |
|---|---|---|---|

**Verizon-508 999 2745 522 006 9**
P.O. Box 15124
Albany, NY 12212-5124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,119.85** |
|---|---|---|---|

**Vineyard N.A.P.A**
P.O. Box 4141
Vineyard Haven, MA 02568

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$933.56** |
|---|---|---|---|

**Vineyard Propane & Oil**
P.O. Box 371473
Pittsburgh, PA 15250-7473

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,247.15** |
|---|---|---|---|

**W.B. Mason Company, Inc.**
P.O. Box 981101
Boston, MA 02298-1101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ABC Disposal Service, Inc.** | Case number (if known) | **16-11787** |
|---|---|---|---|
| | Name | | |

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$319.55** |
|---|---|---|---|

**Walgreens**
**P.O. Box 90484**
**Chicago, IL 60696-0484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |
|---|---|---|---|

**Wam Software, Inc.**
**280 California Avenue**
**Reno, NV 89509-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$531.68** |
|---|---|---|---|

**Warehouse Distributors of New England**
**66 Leavitt Street**
**Seekonk, MA 02771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,137.82** |
|---|---|---|---|

**Waste Management of New England**
**P.O. Box 13648**
**Philadelphia, PA 19101-3648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$104.00** |
|---|---|---|---|

**Waste Management of Rhode Island**
**P.O. Box 13648**
**Philadelphia, PA 19101-3648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Waste Management-Wheelabrator**
**P.O. Box 13648**
**Philadelphia, PA 19101-3648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,275.00** |
|---|---|---|---|

**Watts Family Farms, Inc.**
**23 Falmouth Sandwich Road**
**Forestdale, MA 02644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ABC Disposal Service, Inc.** | | Case number (if known) | **16-11787** |
|---|---|---|---|---|
| | Name | | | |

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $928.55 |
|---|---|---|---|

**WeCare Environmental, LLC**
P.O. Box 957
Weedsport, NY 13166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $262.50 |
|---|---|---|---|

**Western Oil Inc.**
P.O. Box 518
Lincoln, RI 02865-0518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.00 |
|---|---|---|---|

**WEX Bank**
P.O. Box 6293
Carol Stream, IL 60197-6293

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,279.83 |
|---|---|---|---|

**Whaling City Software**
7 Woodbury Lane
Attn: Jeffrey A. Katz
Dartmouth, MA 02747

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,141.92 |
|---|---|---|---|

**Wheelabrator Technologies**
P.O. Box 842226
Boston, MA 02284-2226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,560.00 |
|---|---|---|---|

**William R. Dunlap, Inc.**
96 P.O.nd Street
Seekonk, MA 02771

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,062.50 |
|---|---|---|---|

**Williams Scotsman, Inc.**
P.O. Box 91975
Chicago, IL 60693-1975

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ABC Disposal Service, Inc.** | | Case number (if known) | **16-11787** |
|---|---|---|---|---|
| | Name | | | |

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,026.19** |
|---|---|---|---|

**Woodwards Heavy Duty Truck Par**
**148  North Montello Street**
**Brockton, MA 02301**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,220.91** |
|---|---|---|---|

**Wynn & Wynn, P.C.**
**90 New State Highway**
**Raynham, MA 02767**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$589.66** |
|---|---|---|---|

**Zep Sales & Service**
**P.O. Box 3338 Boston**
**Boston, MA 02241-3338**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 2,688,697.42 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 2,688,697.42 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **ABC Disposal Service, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS - EASTERN DIVISION |
| Case number (if known) | **16-11787** |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Lease of 1245 Shawmut Avenue** |
|        State the term remaining | |
|        List the contract number of any government contract | **A&L Enterprises, LLC 1245 Shawmut Avenue New Bedford, MA 02745** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | **Municipal Contract** |
|        State the term remaining | **7.3 years and 10 year extension** |
|        List the contract number of any government contract | **City of New Bedford Public Facilities 294 Liberty Street New Bedford, MA 02740** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest | **Copier Lease Agreement** |
|        State the term remaining | |
|        List the contract number of any government contract | **Copier Resource 68 South Main Street P.O. Box 805 Assonet, MA 02702** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest | **Waste Disposal Contract** |
|        State the term remaining | **1 year** |
|        List the contract number of any government contract | **Greater New Bedford Regional Refuse Mgmt 300 Samuel Barnet Blvd. New Bedford, MA 02745** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **ABC Disposal Service, Inc.** | | | Case number *(if known)* | **16-11787** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 994 Nash Road, New Bedford MA** | |
|---|---|---|---|
| | State the term remaining | | **Shawmut Associates, LLC** |
| | List the contract number of any government contract | | **1245 Shawmut Avenue** **New Bedford, MA 02745** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 1136 Shawmut Avenue New Bedford MA** | |
|---|---|---|---|
| | State the term remaining | | **Shawmut Associates, LLC** |
| | List the contract number of any government contract | | **1245 Shawmut Avenue** **New Bedford, MA 02745** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 1228 Shawmut Avenue New Bedford MA** | |
|---|---|---|---|
| | State the term remaining | | **Shawmut Associates, LLC** |
| | List the contract number of any government contract | | **1245 Shawmut Avenue** **New Bedford, MA 02745** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 1069 Shawmut Avenue New Bedford MA** | |
|---|---|---|---|
| | State the term remaining | | **Shawmut Associates, LLC** |
| | List the contract number of any government contract | | **1245 Shawmut Avenue** **New Bedford, MA 02745** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Municipal Contract** | |
|---|---|---|---|
| | State the term remaining | **3.3 years with 10 year Extension Period** | **Town of Fairhaven** **Attn: Board of Health** |
| | List the contract number of any government contract | | **40 Center Street** **Fairhaven, MA 02719** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Municipal Contract** | |
|---|---|---|---|
| | State the term remaining | **8.25 with 10 year Extension Period** | **Town of Mattapoisett** **Board of Health** |
| | List the contract number of any | | **P.O. Box 434** **Mattapoisett, MA 02739** |

| Debtor 1 | ABC Disposal Service, Inc. | | | Case number *(if known)* | **16-11787** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | government contract | | |
|---|---|---|---|---|
| **2.11.** | State what the contract or lease is for and the nature of the debtor's interest | **Municipal Contract** | | |
| | State the term remaining | **5.85 years with 2 year Extension Period** | **Town of Plymouth** | |
| | List the contract number of any government contract | | **159 Camelot Drive** **Plymouth, MA 02360** | |
| **2.12.** | State what the contract or lease is for and the nature of the debtor's interest | **Municipal Contract** | | |
| | State the term remaining | **8.25 years with 10 year Extension Period** | **Town of Rochester** **Attn: Town Selectman** | |
| | List the contract number of any government contract | | **1 Constitutional Way** **Rochester, MA 02770** | |
| **2.13.** | State what the contract or lease is for and the nature of the debtor's interest | **Municipal Contract** | | |
| | State the term remaining | **8.25 years with 10 year Extenstion Period** | **Town of Seekonk** **Department of Public Works** | |
| | List the contract number of any government contract | | **871 Taunton Avenue** **Seekonk, MA 02771** | |
| **2.14.** | State what the contract or lease is for and the nature of the debtor's interest | **Approximately 11,000 Residential and Business Service/Waste Disposal Contracts** | | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Various** | |
| **2.15.** | State what the contract or lease is for and the nature of the debtor's interest | **Waste Disposal Contract** | | |
| | State the term remaining | **7 months** | **Waste Management of Massachusetts** **CT Corporation System** | |
| | List the contract number of any government contract | | **101 Federal Street** **Boston, MA 02110** | |

| Debtor 1 | **ABC Disposal Service, Inc.** | | | Case number *(if known)* | **16-11787** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Trailer Lease** | |
|---|---|---|---|
| | State the term remaining | | **William Scottsman, Inc.**<br>**PO Box 91975**<br>**Chicago, IL 60693-1975** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **ABC Disposal Service, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

Case number (if known)    **16-11787**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **A&L Enterprises, LLC** | **1245 Shawmut Avenue New Bedford, MA 02745** | **Webster Bank, N.A.** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Kenneth Camara** | **12 Archers Way New Bedford, MA 02745** | **Small Business Term Loans, Inc.** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Kenneth Camara** | **12 Archers Way New Bedford, MA 02745** | **BMO Harris Bank, N.A.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **Laurinda Camara** | **8 Sears Lane Acushnet, MA 02743** | **BMO Harris Bank, N.A.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **Laurinda Camara** | **8 Sears Lane Acushnet, MA 02743** | **Webster Bank, N.A.** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **ABC Disposal Service, Inc.** | Case number *(if known)* | **16-11787** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Michael Camara** | **2 Hitching Post Rd.**<br>**Lakeville, MA 02347** | **Small Business Term Loans, Inc.** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Michael Camara** | **2 Hitching Post Rd.**<br>**Lakeville, MA 02347** | **BMO Harris Bank, N.A.** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Michael Camara** | **2 Hitching Post Rd.**<br>**Lakeville, MA 02347** | **Webster Bank, N.A.** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **New Bedford Waste Services, LLC** | **1245 Shawmut Avenue**<br>**New Bedford, MA 02745** | **Small Business Term Loans, Inc.** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **New Bedford Waste Services, LLC** | **1245 Shawmut Avenue**<br>**New Bedford, MA 02745** | **BMO Harris Bank, N.A.** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **New Bedford Waste Services, LLC** | **1245 Shawmut Avenue**<br>**New Bedford, MA 02745** | **Webster Bank, N.A.** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Solid Waste Services, Inc.** | **1245 Shawmut Avenue**<br>**New Bedford, MA 02745** | **Webster Bank, N.A.** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Steven Camara** | **1044 Forbes Street**<br>**New Bedford, MA 02745** | **Small Business Term Loans, Inc.** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **ABC Disposal Service, Inc.** | Case number *(if known)* | **16-11787** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.14 | **Steven Camara** | 1044 Forbes Street<br>New Bedford, MA 02745 | **BMO Harris Bank, N.A.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Steven Camara** | 1044 Forbes Street<br>New Bedford, MA 02745 | **Webster Bank, N.A.** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **Susan Sebastiao** | 319 Slades Corner Road<br>South Dartmouth, MA 02748 | **BMO Harris Bank, N.A.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | **Susan Sebastiao** | 319 Slades Corner Road<br>South Dartmouth, MA 02748 | **Webster Bank, N.A.** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **ABC Disposal Service, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

Case number (if known) **16-11787**

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$11,487,401.62** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$37,190,685.27** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$36,030,945.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | **Interest Income** | **$4.29** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | **Interest Income** | **$16.64** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | **Interest Income** | **$60.94** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **ABC Disposal Service, Inc.** | Case number *(if known)* **16-11787** |
|---|---|---|

**3.    Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **To be provided** | | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **To be provided** | | **Unknown** | |

**5.    Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.    Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **BMO Harris Bank N.A. v. ABC Disposal Service, Inc. et al.**<br>**1673-cv-0379** | **Civil** | **Massachusetts Superior Court**<br>**186 South Main Street**<br>**Fall River, MA 02721** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **ABC Disposal Service, Inc.**                                          Case number *(if known)*   **16-11787**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Small Business Term Loans, Inc. d/b/a/ BFS Capital v. ABC Disposal Service, Inc., et al.**<br>**16-cv-10454** | **Civil** | **United States District Court**<br>**District of Massachusetts**<br>**1 Courthouse Way**<br>**Boston, MA 02210** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Darosa v. City of New Bedford**<br>**0873-CV-01429** | **Civil** | **Massachusetts Superior Court**<br>**186 South Main Street**<br>**Fall River, MA 02721** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Vasconcellos v. ABC Disposal Service, Inc. et al.**<br>**1533-cv-0633** | **Civil** | **New Bedford District Court**<br>**75 North 6th Street**<br>**New Bedford, MA 02740** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **UMASS Dartmouth Foundation**<br>**285 Old Westport Road**<br>**North Dartmouth, MA 02747** | **PHS Reading Room** | **10/30/2014** | **$2,000.00** |
| Recipients relationship to debtor<br>**None** | | | |
| 9.2. **Catholic Social Services**<br>**1600 Bay Street**<br>**Fall River, MA 02724** | **Sister Rose Network** | **4/8/15** | **$5,000.00** |
| Recipients relationship to debtor | | | |

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**    **Certain Payments or Transfers**

| Debtor | **ABC Disposal Service, Inc.** | | Case number *(if known)* | **16-11787** |
|---|---|---|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Murphy & King, Professional Corportion One Beacon Street Boston, MA 02108** | **Forbearance Negotiations, Prepetition Litgation, and Bankruptcy Preparation** | **March-April, 2016** | **$203,826.84** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Murphy & King, Professional Corportion One Beacon Street Boston, MA 02108** | **Retainer** | **5/11/2016** | **$50,145.26** |
| | Email or website address **moneil@murphyking.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Argus Management Corporation 15 Keith Hill Road Grafton, MA 01519** | **Prepetition services rendered** | **March-April, 2016** | **$29,574.50** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Argus Management Corporation 15 Keith Hill Road Grafton, MA 01519** | **Retainer** | **5/11/2016** | **$30,200.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Debtor    **ABC Disposal Service, Inc.**                                    Case number *(if known)*  **16-11787**

---

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **To be provided** | | | **Unknown** |
| **Relationship to debtor** | | | |

---

| **Part 7:** | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| **Part 8:** | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan<br>EIN: |
|---|---|
| **ABC Disposal Service, Inc. 401(k) Plan** | **04-2724195** |

---

| Debtor | **ABC Disposal Service, Inc.** | Case number *(if known)* **16-11787** |
|---|---|---|

Has the plan been terminated?

■ No

☐ Yes

---

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Iron Mountain** <br> **PO Box 27128** <br> **New York, NY 10087-7128** | **Julie Saunders** <br> **Susan Sebastiao** <br> **1245 Shawmut Avenue** <br> **New Bedford,** <br> **Massachusetts** | **Office Files** | ☐ No <br> ■ Yes |
| **Airport Mini Storage** <br> **600 Mt. Pleasant Street** <br> **New Bedford, MA 02745** | **Susan Sebastiao** <br> **1245 Shawmut Avenue** <br> **New Bedford, MA 02745** | **Office Files** | ☐ No <br> ■ Yes |

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly

---

| Debtor | ABC Disposal Service, Inc. | Case number (if known) 16-11787 |

owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Allan Smith, CPA**<br>**Rt 18 76 Lakeside, Suite 100**<br>**Lakeville, MA 02347** | **2008-2015** |
| 26a.2. | **CliftonLarsonAllen, LLP**<br>**700 Pleasant Street, 3rd Floor**<br>**New Bedford, MA 02740** | **2015-Present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

Debtor    **ABC Disposal Service, Inc.**                                              Case number *(if known)*  **16-11787**

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Allan Smith, CPA**<br>**Rt 18 76 Lakeside, Suite 100**<br>**Lakeville, MA 02347** | **2008-2015** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  **CliftonLarsonAllen, LLP**<br>**700 Pleasant Street, 3rd Floor**<br>**New Bedford, MA 02740** | **2015-Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **CliftonLarsonAllen, LLP**<br>**700 Pleasant Street, 3rd Floor**<br>**New Bedford, MA 02740** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Webster Bank, N.A.**<br>**975 Ashley Blvd**<br>**New Bedford, MA 02745** |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Camara** | **2 Hitching Post Rd.**<br>**Lakeville, MA 02347** | **Vice President** | **20%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Steven Camara** | **1044 Forbes Street**<br>**New Bedford, MA 02745** | **Vice President** | **20%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kenneth Camara** | **12 Archers Way**<br>**New Bedford, MA 02745** | **Vice President** | **20%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Susan Sebastiao** | **319 Slades Corner Road**<br>**South Dartmouth, MA 02748** | **Vice President** | **20%** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **ABC Disposal Service, Inc.** | | Case number *(if known)* **16-11787** |
|---|---|---|---|

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Laurinda Camara** | **8 Sears Lane Acushnet, MA 02743** | **President** | **20%** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Susan Sebastiao 319 Slades Corner Road South Dartmouth, MA 02748** | **$156,000 Salary** | **5/11/15-5/11/16** | **Salary** |
| | **Relationship to debtor Owner** | | | |
| 30.2. | **Michael Camara 2 Hitching Post Rd. Lakeville, MA 02347** | **$156,000 Salary** | **5/11/15-5/1/16** | **Salary** |
| | **Relationship to debtor Owner** | | | |
| 30.3. | **Kenneth Camara 12 Archers Way New Bedford, MA 02745** | **$165,100 Salary** | **5/11/15-6/11/15** | **Salary** |
| | **Relationship to debtor Owner** | | | |
| 30.4. | **Steven Camara 1044 Forbes Street New Bedford, MA 02745** | **$156,000 Salary** | **5/11/15-5/11/16** | **Salary** |
| | **Relationship to debtor Owner** | | | |
| 30.5. | **Laurinda Camara 8 Sears Lane Acushnet, MA 02743** | **$114,000 Salary** | **5/11/15-5/11/16** | **Salary** |
| | **Relationship to debtor Owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor    **ABC Disposal Service, Inc.**                                      Case number *(if known)*  **16-11787**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  |  |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **ABC Disposal Service, Inc. 401(k) Plan** | **EIN:**    **04-2724195** |

| Debtor | **ABC Disposal Service, Inc.** | Case number *(if known)* **16-11787** |
| --- | --- | --- |

**Part 14:**    Signature and Declaration

    **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 31, 2016**

**/s/ Michael A. Camara**                                                  **Michael A. Camara**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Vice President/CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

# United States Bankruptcy Court
### District of Massachusetts - Eastern Division

| | | | |
|---|---|---|---|
| In re | **ABC Disposal Service, Inc.** | Case No. | **16-11787** |
| | Debtor(s) | Chapter | **11** |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kenneth J. Camara**<br>**1245 Shawmut Avenue**<br>**New Bedford, MA 02745** | | | **20% ownership interest** |
| **Laurinda Camara**<br>**1245 Shawmut Avenue**<br>**New Bedford, MA 02745** | | | **20% ownership interest** |
| **Michael Camara**<br>**1245 Shawmut Avenue**<br>**New Bedford, MA 02745** | | | **20% ownership interest** |
| **Steven A. Camara**<br>**1245 Shawmut Avenue**<br>**New Bedford, MA 02745** | | | **20% ownership interest** |
| **Susan M. Sebastiao**<br>**1245 Shawmut Avenue**<br>**New Bedford, MA 02745** | | | **20% ownership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Vice President/CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

| | | | |
|---|---|---|---|
| Date | **May 31, 2016** | Signature | **/s/ Michael A. Camara** |
| | | | **Michael A. Camara** |

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Fill in this information to identify the case:

Debtor name   **ABC Disposal Service, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

Case number (if known)   **16-11787**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ■  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ■  *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ■  *Schedule H: Codebtors (Official Form 206H)*
- ■  *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐  *Amended Schedule*
- ☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐  *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 31, 2016          x _Michael Almeida V.Pre/CEO_
                                          Signature of individual signing on behalf of debtor

                                          **Michael A. Camara**
                                          Printed name

                                          **Vice President/CEO**
                                          Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Massachusetts - Eastern Division

In re   **ABC Disposal Service, Inc.**                                                  Case No.  **16-11787**

                                                                   Debtor(s)            Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept .............................................................. $  **Undetermined**

     Prior to the filing of this statement I have received ...................................... $  **253,972.10**

     Balance Due ............................................................................................ $  **Undetermined**

2.   $  **1,717.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor          ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor          ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **n/a**

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **May 31, 2016** | **/s/ Harold B. Murphy** |
| *Date* | **Harold B. Murphy** |
| | *Signature of Attorney* |
| | **Murphy & King, Professional Corporation** |
| | **One Beacon Street** |
| | **Boston, MA 02108** |
| | **(617) 423-0400  Fax: (617) 423-0498** |
| | *Name of law firm* |