## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| **In re:** | |
| | **Chapter 11** |
| **ABC DISPOSAL SERVICE, INC.,** *et al.* | **Case No: 16-11787-JNF** |
| **Debtors** | **Jointly-Administered[1]** |

## FINAL ORDER REGARDING MOTION FOR ENTRY OF ORDER (1) AUTHORIZING THE USE OF CASH COLLATERAL, (2) GRANTING REPLACEMENT LIENS, (3) SCHEDULING A HEARING ON THE FURTHER USE OF CASH COLLATERAL, AND (4) GRANTING OTHER RELIEF

This matter having come before the Court on the *Motion for Entry of Order (1) Authorizing the Use of Cash Collateral, (2) Granting Replacement Liens, (3) Scheduling a Hearing on the Further Use of Cash Collateral, and (4) Granting Other Relief* (the "Cash Collateral Motion") filed on  May 11, 2016 by ABC Disposal Service, Inc. ("ABC") and New Bedford Waste Services, LLC ("New Bedford Waste" and, together with ABC, the "Movants"), two of the above-captioned debtors in these jointly-administered cases; and the Movants having supplemented the Cash Collateral Motion by filing on May 31, 2016 the *Statement in Support of Final Order Authorizing Use of Cash Collateral* (the "Cash Collateral Statement"); and the Court having jurisdiction to consider the Cash Collateral Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and notice of the Cash Collateral Motion and Cash Collateral Statement being good and sufficient notice under the circumstances; and it appearing from the record before the Court that sufficient cause exists for the entry of this order; the Court hereby

---

[1] The other debtors in these jointly-administered cases are: New Bedford Waste Services, LLC, Solid Waste Services, Inc., Shawmut Associates, LLC, A&L Enterprises, LLC, and ZERO Waste Solutions, LLC.

**FINDS AS FOLLOWS:**

A.      On May 11, 2016 (the "Petition Date"), the Movants, Solid Waste Services, Inc.,
Shawmut Associates, LLC, A&L Enterprises, LLC, and ZERO Waste Solutions, LLC
(collectively, the "Debtors") filed voluntary petitions under Chapter 11 of title 11 of the United
States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of
Massachusetts (the "Court").

B.      The Debtors continue to operate as debtors-in-possession pursuant to Sections
1107 and 1108 of the Bankruptcy Code.  On May 26, 2016, the Official Committee of Unsecured
Creditors was appointed in these cases (the "Committee").

C.      This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

D.      The Movants require the use of the Cash Collateral in order to maintain their
property and operations and pay essential obligations in the ordinary course.  The entry of the
relief contained in this order is in the best interests of the Movants, their bankruptcy estates, and
their creditors.

E.      Attached to the Cash Collateral Motion is a budget (the "Budget") for the use of
Cash Collateral for a thirteen (13) week period (the "Budget Period") ending August 6, 2016.

F.      Each of Webster Bank, National Association and Small Business Term Loans,
Inc. d/b/a BFS Capital (collectively, the "Lienholders") have asserted liens against the Movants'
property and may have an interest in the Movants' Cash Collateral.

G.      This Court has not been asked to find, and it does not find, that any asserted
security interest is valid or perfected.

H.      Due and adequate notice of the hearing has been given, and no further notice of
the hearing is required before the entry of the relief provided for in this order.

2

**NOW THEREFORE, IT IS HEREBY ORDERED THAT:**

1.    Capitalized terms not otherwise defined herein shall have the meanings ascribed

to them in the Cash Collateral Motion.

2.    The Cash Collateral Motion is allowed on a final basis as set forth herein.

3.    The Movants are hereby authorized to use Cash Collateral substantially in

accordance with the Budget attached hereto as Exhibit A and Budgets filed by the Movants in

accordance with paragraph 4 of this Order; provided that, the Debtors' aggregate expenditures

during any Budget Period shall not exceed the Budget by more than ten percent (10%).

4.    The Debtors shall file with the Court, on or before ten (10) days prior to the

expiration of any Budget Period, a new Budget for the continued use of Cash Collateral for the

following thirteen (13) week Budget Period.

5.    Absent further Order of this Court, authorization of the Movants to use Cash

Collateral shall terminate on the occurrence of one of the following events:

      a.    A finding by the Court of non-compliance by the Movants with any of the
          material terms or provisions of this Final Order;

      b.    Any stay, reversal, vacatur, or rescission, of this Final Order; or

      c.    Entry of an order by the Court dismissing the Movants' Chapter 11 cases
          or converting the Movants' Chapter 11 cases to cases under Chapter 7 of
          the Bankruptcy Code.

6.    For the purposes of Sections 361, 363(e) and 507(b) of the Bankruptcy Code and

as adequate protection to the Lienholders for the Movants' use of Cash Collateral, the

Lienholders are hereby granted replacement liens (the "Replacement Liens") on the same types

of post-petition property of the Movants' estates against which the Lienholders held liens as of

the Petition Date, including certain causes of action under section 549 of the Bankruptcy Code as

described in paragraph 5 below (the "Collateral"). The Replacement Liens shall maintain the

3

same priority, validity and enforceability as the Lienholders' respective pre-petition liens. The Replacement Liens shall be recognized only to the extent of the post-petition diminution in value of the Lienholders' pre-petition collateral resulting from the Movants' use of the Cash Collateral.

7.      The Replacement Liens shall not attach to any avoidance powers held by any of the Debtors or any trustee for the Debtors, including those avoidance powers set forth in Sections 544, 545, 547, 548, 549, 550, 551 and 553 of the Bankruptcy Code, to any rights or powers of the Debtors or any trustee for the Debtors set forth in Sections 506, 510, and 552 of the Bankruptcy Code, or to the proceeds of any claims under or actions commenced pursuant to such rights or powers; provided, however, that the Replacement Liens shall attach to causes of action under section 549 of the Bankruptcy Code and the proceeds thereof to the extent that such causes of action relate to the unauthorized post-petition transfer of any of the Collateral to the extent of the post-petition diminution in value of the Lienholders' pre-petition collateral resulting from the Movants' use of the Cash Collateral.

8.      The Debtors shall deliver to the Lienholders and the Committee, on or before 12:00 p.m. (Eastern Time) on Thursday of each week, a cash flow report showing a comparison for the prior week of actual results of all items contained in the Budget to the amounts originally contained in the Budget and a cumulative comparison for the period from the Petition Date through the end of the prior week of the actual results of all items contained in the Budget to the amounts originally contained in the Budget. The Debtors shall also provide the Lienholders, the Committee, and their advisors with such other reasonably requested financial information and shall respond to reasonable inquiries by the Lienholders, the Committee, and their advisors concerning the provided reports and information.

4

9.     Nothing in this order shall constitute a waiver by or restrict the right of the Movants to seek to amend or modify the terms of this Order or any Budget submitted in accordance herewith, or to challenge any claim or asserted interest of any Lienholder; nor shall it constitute a waiver by or restrict the right of any other Debtor to seek the use of Cash Collateral on any other terms and conditions or to challenge any claim or asserted interest of any Lienholder.

10.     Nothing in this order shall be deemed a finding by the Court, or an acknowledgment by any Lienholder, that the adequate protection granted herein does in fact adequately protect the Lienholder.  Nothing in this order shall constitute a waiver by or restrict the right of any Lienholder to seek additional adequate protection.  Nothing herein shall impair or modify the application of section 507(b) of the Bankruptcy Code in the event that the adequate protection provided hereunder is insufficient to compensate for any diminution in value of the Lienholders' pre-petition collateral resulting from the Movants' use of the Cash Collateral

11.     Nothing contained in this order is intended, or shall be deemed, to be a ruling on the extent or validation of any creditor's asserted security interest.

12.     This final order and the Movants' use of Cash Collateral as authorized in this final order shall become effective immediately upon its entry by the Court.

BY THE COURT

JOAN N. FEENEY
United States Bankruptcy Judge

Dated: June 2 , 2016

70982

5

EXHIBIT A

**ABC Disposal / NBWS**
**13 Week Cash Flow Projection**
**5/11/2016**

| Period Ending: | forecast 1 5/14/2016 | forecast 2 5/21/2016 | forecast 3 5/28/2016 | forecast 4 6/4/2016 | forecast 5 6/11/2016 | forecast 6 6/18/2016 | forecast 7 6/25/2016 | forecast 8 7/2/2016 | forecast 9 7/9/2016 | forecast 10 7/16/2016 | forecast 11 7/23/2016 | forecast 12 7/30/2016 | forecast 13 8/6/2016 | 13 Week TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning cash (Book) | 597,366 | 193,690 | 302,704 | 496,289 | 517,725 | 860,832 | 857,523 | 1,017,801 | 1,035,637 | 812,744 | 665,751 | 786,542 | 727,120 | 597,366 |
| **CASH COLLECTIONS** | | | | | | | | | | | | | | |
| ABC-AR | 455,963 | 605,000 | 1,035,000 | 635,250 | 635,250 | 635,250 | 1,035,250 | 635,250 | 635,250 | 635,250 | 1,035,250 | 635,250 | 635,250 | 9,218,460 |
| ABC Bad Debt | | | | | | | | | | | | | | |
| NBWS-AR | 120,771 | 219,492 | 219,492 | 219,492 | 219,492 | 219,492 | 219,492 | 219,492 | 219,492 | 219,492 | 219,492 | 219,492 | 269,492 | 2,804,675 |
| NBWS-AR Towns | | 77,000 | 77,000 | | | | | 77,000 | | | | 77,000 | | 385,000 |
| NBWS CC payments in (4040) | 30,257 | 30,257 | 30,257 | 11,600 | 11,600 | 11,600 | 11,600 | 11,600 | 11,600 | 11,600 | 11,600 | 11,600 | 11,600 | 206,771 |
| NBWS cash sales (4000) | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 123,500 |
| NBWS Bad Debt | | | | | | | | | | | | | | |
| Sales - Recycling (4030) | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 62,400 |
| Shawmut AR | | | | | | | | | | | | | | - |
| Shawmut Rent | | | | | | | | | | | | | | - |
| New Advances | | | | | | | | | | | | | | - |
| Other Cash Receipts | | | | | 561,000 | | | | | | | | | 561,000 |
| **TOTAL INCOMING CASH** | 621,288 | 946,049 | 1,346,049 | 880,642 | 1,441,642 | 880,642 | 1,357,642 | 957,642 | 880,642 | 880,642 | 1,280,642 | 957,642 | 930,642 | 13,361,806 |
| **EXPENSES** | | | | | | | | | | | | | | |
| Disposal Costs | 550,000 | 300,000 | 550,000 | 300,000 | 550,000 | 300,000 | 550,000 | 300,000 | 550,000 | 300,000 | 550,000 | 300,000 | 550,000 | 5,650,000 |
| Transportation Costs | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 1,040,000 |
| Payroll & Taxes | 213,550 | 213,550 | 213,550 | 218,550 | 218,550 | 218,550 | 218,550 | 223,550 | 223,550 | 223,550 | 223,550 | 223,550 | 223,550 | 2,856,150 |
| Benefits | | 57,000 | | 62,100 | | | 62,100 | | | 62,100 | | 62,100 | | 307,500 |
| 401(k) | 7,635 | 7,635 | 7,635 | 7,635 | 7,635 | 7,635 | 7,635 | 7,635 | 7,635 | 7,635 | 7,635 | 7,635 | 7,635 | 99,255 |
| Contract Labor | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 16,000 | 208,000 |
| Subcontract trucking | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 143,000 |
| Fuel / CNG | 29,500 | 46,000 | 46,000 | 46,000 | 46,000 | 46,000 | 46,000 | 46,000 | 46,000 | 46,000 | 46,000 | 46,000 | 46,000 | 581,500 |
| General Liability Insurance | | 63,556 | 63,556 | | | | 63,556 | | | | | 63,556 | | 190,668 |
| Workers Comp Insurance | | 2,000 | 50,414 | 2,000 | 50,414 | 2,000 | | 2,000 | | 2,000 | | 52,414 | | 163,242 |
| Truck Registration | | | | | | | | | | | 80,000 | | | 80,000 |
| Taxes - Excise and Real Estate | | | | | | | | 35,000 | | | | | | 35,000 |
| Utilities | 30,000 | 5,000 | 5,000 | | 30,000 | 5,000 | 5,000 | | 30,000 | 5,000 | 5,000 | 5,000 | 5,000 | 125,000 |
| Rent | | | | 15,670 | | | | 15,670 | | | | | | 31,340 |
| Tires (New / Repair / Recap) | 2,727 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 134,727 |
| Parts (Truck Shop) | 31,793 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 451,793 |
| Mass Development Bond | | | | | | | | | | | | | | - |
| BMO | | | | | | 25,000 | | | | 25,000 | | | | 50,000 |
| Restructuring Professionals | | | | | | | | | | | | | | |
| Remove and dispose excess trash | | | | | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 360,000 |
| All Other | 52,759 | 52,850 | 63,309 | 54,251 | 53,350 | 54,666 | 63,209 | 54,851 | 53,350 | 53,350 | 54,666 | 63,809 | 53,751 | 728,171 |
| **TOTAL REQUIRED CASH - Operating** | 1,024,964 | 897,035 | 1,152,464 | 859,206 | 1,098,535 | 883,951 | 1,197,364 | 939,806 | 1,103,535 | 897,635 | 1,159,851 | 1,017,064 | 1,073,936 | 13,235,346 |
| **Operating Cash Flow** | (403,676) | 109,014 | 193,585 | 21,436 | 343,107 | (3,309) | 160,278 | 17,836 | (222,893) | (6,993) | 120,791 | (59,422) | (143,294) | 126,460 |
| Debtor Legal | | | | | | | | | | 75,000 | | | | 75,000 |
| Debtor Consultants | | | | | | | | | | 40,000 | | | | 40,000 |
| Creditors Committee | | | | | | | | | | 25,000 | | | | 25,000 |
| Bank Consultants | | | | | | | | | | | | | | - |
| Bank Debt Service | | | | | | | | | | | | | | - |
| Transactional Professional Fees | | | | | | | | | | | | | | - |
| New Loan Debt Service | | | | | | | | | | | | | | - |
| **NET POSITIVE/(NEGATIVE) CASH FLOW** | (403,676) | 109,014 | 193,585 | 21,436 | 343,107 | (3,309) | 160,278 | 17,836 | (222,893) | (146,993) | 120,791 | (59,422) | (143,294) | (13,540) |
| **Ending Cash** | 193,690 | 302,704 | 496,289 | 517,725 | 860,832 | 857,523 | 1,017,801 | 1,035,637 | 812,744 | 665,751 | 786,542 | 727,120 | 583,826 | 583,826 |
| **Collateral Roll-forward** | | | | | | | | | | | | | | |
| Beg A/R | 4,261,509 | 3,933,726 | 3,952,050 | 3,017,768 | 4,825,586 | 4,258,598 | 4,408,532 | 3,491,442 | 5,503,576 | 5,000,906 | 4,498,235 | 3,757,553 | 3,926,300 | 4,261,509 |
| Billings | 293,505 | 964,373 | 419,293 | 2,688,460 | 313,654 | 1,030,576 | 448,077 | 2,969,777 | 377,972 | 377,972 | 539,959 | 1,133,915 | 2,746,856 | 14,304,386 |
| Collections | (621,288) | (946,049) | (1,353,574) | (880,642) | (880,642) | (880,642) | (1,365,167) | (957,642) | (880,642) | (880,642) | (1,280,642) | (965,167) | (930,642) | (12,823,381) |
| Change in A/R | (327,783) | 18,324 | (934,281) | 1,807,818 | (566,988) | 149,934 | (917,090) | 2,012,135 | (502,670) | (502,670) | (740,683) | 168,748 | 1,816,214 | 1,481,005 |
| Ending A/R | 3,933,726 | 3,952,050 | 3,017,768 | 4,825,586 | 4,258,598 | 4,408,532 | 3,491,442 | 5,503,576 | 5,000,906 | 4,498,235 | 3,757,553 | 3,926,300 | 5,742,515 | 5,742,515 |